## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY, TAMPA BAY
WATERKEEPER, SUNCOAST
WATERKEEPER, MANASOTA-88, *and*
OUR CHILDREN'S EARTH
FOUNDATION,

     *Plaintiffs*,

     *v.*

GOVERNOR RON DeSANTIS,

*and*

SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*and*

HRK HOLDINGS, LLC,

*and*

MANATEE COUNTY PORT
AUTHORITY,

     *Defendants.*

Case No. 8:21-cv-1521-WFJ-CPT

## SECRETARY HAMILTON'S
## NOTICE OF PENDENCY OF RELATED ACTIONS

Defendant Shawn Hamilton, in his official capacity as Acting Secretary, Florida

Department of Environmental Protection (hereinafter "FDEP"), by and through

1

undersigned counsel, and in accordance with Local Rule 1.04(d), respectfully certifies

that the instant action:

__X__ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

FDEP has commenced an environmental enforcement action against HRK Holdings, LLC, in the Twelfth Judicial Circuit, in and for Manatee County, Florida.  The matter is styled: *Florida Department of Environmental Protection v. HRK Holdings, LLC*, Case No. 2021-CA-003192-AX

FDEP is also involved in another matter in the Twelfth Judicial Circuit, styled: *Fortress 2020 Landco, LLC v. HRK Holdings, LLC, et al.*, Case No. 2020-CA-004459-AX.  That case involves a foreclosure action in which the court has recently appointed a receiver to oversee the closure of the Piney Point facility that is the subject of the instant lawsuit.

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.


Dated: August 30, 2021                  Respectfully submitted,

*s/ Jesse Panuccio*
Jesse Panuccio
Fla. Bar No. 31401
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL  33301
(954) 356-0011
jpanuccio@bsfllp.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2021, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties and their counsel of record in this case.