IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>and<br><br>SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>and<br><br>HRK HOLDINGS, LLC,<br><br>and<br><br>MANATEE COUNTY PORT AUTHORITY,<br><br>    *Defendants*. | Case No. 8:21-cv-1521<br><br>**JOINT MOTION CONCERNING APPLICABLE DEADLINES** |

Plaintiffs and Defendants hereby jointly move this Court for a proposed order deferring the briefing schedule of just less than eight weeks, and as grounds therefore, state as follows:

1

1. On August 12, 2021, this Court established a briefing schedule for Plaintiffs to file an amended complaint and for Defendants to file responsive pleadings or motions to dismiss. Dkt. No. 31.

2. Since then, the Plaintiffs and the Defendants have engaged in discussions to determine if the parties might have a path forward that would involve an agreed-upon stay of all or part of this action. Those discussions are continuing, and the Parties respectfully requests an enlargement of 54 days of the deadlines established in this Court's August 12, 2021 order to give the parties time to complete these negotiations.

3. If the Court grants this motion, the revised briefing schedule, designed to avoid conflicts with the Thanksgiving and Christmas Holidays, would be as follows:

| Filing | Length | Deadline |
| --- | --- | --- |
| Defendants' individual Motion(s) to dismiss | 40 pages | November 3, 2021 |
| Plaintiffs' Omnibus Opposition to motion(s) to dismiss | 60 pages | December 1, 2021 |
| Defendants' Replies in support of motion(s) to dismiss | 20 pages | December 22, 2021 |

4. This joint motion is made in good faith by mutual agreement of the Parties for the sole purpose of facilitating management of the case, and allowing the parties to avoid unnecessary litigation costs, not for purposes of delay. No party will be prejudiced by granting the relief sought herein.

WHEREFORE, the Parties respectfully request the entry of an Order granting the request set forth herein.

Respectfully Submitted this 8th day of September, 2021.

/s/ Daniel C. Snyder
Daniel C. Snyder, *pro hac vice*
Charles M. Tebbutt
B. Parker Jones
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel: (541) 344-3505
Fax: (541)344-3516
dan@tebbuttlaw.com
charlie@tebbuttlaw.com
parker@tebbuttlaw.com

/s/ Justin Bloom
Justin Bloom, Florida Bar No. 89109
PO Box 1028
Sarasota, FL 34230
Tel: (941) 275-2922
bloomesq1@gmail.com

*Attorneys for Plaintiffs*

/s/ Jesse Panuccio
Jesse Panuccio, Florida Bar No. 31401
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Ste. 1200 Fort Lauderdale, FL 33301 Telephone: (954) 356-0011 Email:
jpanuccio@bsfllp.com

*Counsel for Acting Secretary Hamilton*

/s/ Jaclyn Lopez
Jaclyn Lopez, Florida Bar No. 96445
Center for Biological Diversity
PO Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
jlopez@biologicaldiversity.org

/s/ *Nicholas J.P. Meros*
JAMES W. UTHMEIER (FBN 113156)
*General Counsel*
NICHOLAS J.P. MEROS (FBN 0120270)
*Deputy General Counsel*
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Tel:  (850) 717-9310
Fax: (850) 488-9810
James.Uthmeier@eog.myflorida.com
Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

/s/ Jesse L. Ray
Jesse L. Ray, Esquire
Florida Bar No. 0919101
JESSE LEE RAY ATTORNEY
   AT LAW, P.A.
13014 N. Dale Mabry Hwy. #315
Tampa, Florida 33618-2808
Primary: jray@jesseleeray.com
Secondary: efile@jesseleeray.com
Telephone: (813) 443-9701
Facsimile:  (866) 523-5468

*Attorney for Defendant HRK Holdings, LLC*

/s/ *Kevin S. Hennessy*
KEVIN S. HENNESSY, ESQUIRE
Florida Bar No. 0602558
NICOLE J. POOT, ESQUIRE
Florida Bar No. 0118858
LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Telephone: (727) 245-0820
Facsimile:  (727) 290-4057 Primary
Email: khennessy@llw-law.com
npoot@llw-law.com
Secondary Email: jbissette@llw-law.com
jdavy@llw-law.com

*Counsel for Manatee County Port Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties and their counsel of record in this case.

*/s/ Jesse Panuccio*
Jesse Panuccio
Florida Bar No. 31401
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Email: jpanuccio@bsfllp.com

*Counsel for Defendant Acting Secretary Hamilton*