**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION, | Case No.  8:21-cv-1521 |
| *Plaintiffs,* | **JOINT MOTION TO AMEND BRIEFING SCHEDULE, RESCHEDULE HEARING ON PENDING MOTIONS, AND DEFER INITIAL DISCLOSURES** |
| *v.* | |
| GOVERNOR RON DeSANTIS, | |
| *and* | |
| SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | |
| *and* | |
| HRK HOLDINGS, LLC, | |
| *and* | |
| MANATEE COUNTY PORT AUTHORITY, | |
| *Defendants.* | |

Plaintiffs and Defendants[1] (the "Parties") hereby jointly move this Court to

amend the briefing schedule, reschedule oral argument on the pending motions, and

---

[1] As of the time of filings, Counsel for HRK Holdings, LLC, had not yet responded to an email requesting his client's position on this motion.

defer initial disclosures by three weeks and, and as grounds therefore, state as follows:

1.     On August 12, 2021, this Court established a briefing schedule for Plaintiffs to file an amended complaint and for Defendants to file responsive pleadings or motions to dismiss. Dkt. No. 31.   That schedule included briefs, briefs in opposition, and reply briefs.

2.     On August 31, 2021 the Court entered the Case Management and Scheduling Order setting forth deadlines for completion of discovery and the scheduling of pretrial procedures and trial. Dkt. No. 41.

3.     On September 8, 2021, while the Plaintiffs and FDEP were engaged in discussions to determine if the Parties might have a path forward that would involve an agreed-upon stay of all or part of this action, the Parties sought, and this Court granted an enlargement of the briefing schedule on a motion to dismiss.  Under the revised schedule, motions to dismiss were due on November 3, 2021, the Plaintiffs' opposition brief was due on December 1, 2021, and reply briefs were due on December 22, 2021.  Dkt. No. 43.

4.     The Plaintiffs and FDEP negotiated in good faith but ultimately determined on October 25, 2021, that they were not able to reach an agreement on a stay of all or part of this action.

5.     On November 19, 2021, the Plaintiffs filed their Second Amended Complaint for Declaratory and Injunctive Relief.  Dkt. No. 50. The Court also granted an extension of the briefing schedule for good cause shown. Under the revised schedule

the Defendants' motions to dismiss were due December 3, 2022, the Plaintiffs' opposition motions were due January 7, 2022 and Defendants replies were due January 28, 2022. Dkt. 49.

6.     Due to a medical emergency, Plaintiffs sought an unopposed two-week enlargement of the deadline for the opposition briefs, and the Court granted Plaintiffs an extension on their opposition motions until January 21, 2022. Dkt. 61.  In moving for an enlargement for the opposition briefs, Plaintiffs inadvertently failed to include a request for a comparable enlargement for Defendants' reply briefs.

7.     On December 17, 2021, the Court issued a Notice of Hearing on all pending motions to be heard January 26, 2021.  Dkt. 62.  The Court's Order does not allow Defendants an opportunity to reply to Plaintiffs' Opposition Motions, as had been permitted in the Court's prior orders.

8.     Accordingly, the Parties respectfully request that the Court permit Defendants to file reply briefs no later than February 4, 2022, which is two weeks after Plaintiffs' opposition is due.  The parties believe that permitting Defendants to file reply briefs is not only consistent with the Court's prior scheduling orders but will also help crystalize the issues for oral argument.

9.     To account for the reply briefs, the parties respectfully request that the Court reschedule the hearing on all pending motions, recently set for January 26, 2022, for a date convenient for the Court that is after Defendants' requested February 4, 2022 deadline for reply briefs.

10.     Under the current Case Management and Scheduling Order, the first deadline (the date for exchanging mandatory initial disclosures) is December 17, 2021. The parties have agreed to provide an additional three weeks, to January 7, 2022, for such disclosure, and respectfully request that the Court amend the scheduling order to allow for the same.

11.     This joint motion is made in good faith by mutual agreement of the Parties for the sole purpose of facilitating management of the case and allowing the Parties to avoid unnecessary litigation costs, not for purposes of delay. No Party will be prejudiced by granting the relief sought herein.

WHEREFORE, the Parties respectfully request the entry of an Order:

a. granting an enlargement of time for Defendants to reply to plaintiffs' motions in opposition until February 4, 2022;

b. rescheduling the January 26, 2021 hearing until after the Defendants' reply brief deadline of February 4, 2022;

c. deferring the Initial Disclosures until January 7, 2022. and

d. granting all other relief as the Court deems appropriate.

Respectfully Submitted this 17th day of December 2021.

*/s/ Daniel C. Snyder*
Daniel C. Snyder, *pro hac vice*
Charles M. Tebbutt
B. Parker Jones
LAW OFFICES OF CHARLES M.
TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel:  (541) 344-3505
Fax: (541)344-3516
dan@tebbuttlaw.com
charlie@tebbuttlaw.com
parker@tebbuttlaw.com

*/s/ Justin Bloom*
Justin Bloom
Florida Bar No. 89109
PO Box 1028
Sarasota, FL 34230
Tel: (941) 275-2922
bloomesq1@gmail.com

*Attorneys for Plaintiffs*
*/s/ Jesse Panuccio*
Jesse Panuccio
Florida Bar No. 31401
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Ste. 1200
Fort Lauderdale, FL 33301
Tel:: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Defendant Acting Secretary*
*Hamilton*

_____
Jesse L. Ray, Esq.
Florida Bar No. 0919101
JESSE LEE RAY ATTORNEY
AT LAW, P.A.

*/s/ Jaclyn Lopez*
Jaclyn Lopez
Florida Bar No. 96445
CENTER FOR BIOLOGICAL
DIVERSITY
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
jlopez@biologicaldiversity.org

*/s/ Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 0120270)
*Deputy General Counsel*
EXECUTIVE OFFICE OF THE
GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Tel:  (850) 717-9310
Fax: (850) 488-9810

Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

*/s/ Kevin S. Hennessy*
Kevin S. Hennessy, Esq.
Florida Bar No. 0602558
Nicole J. Poot, Esq.
Florida Bar No. 0118858

13014 N. Dale Mabry Hwy. #315
Tampa, Florida 33618-2808
jray@jesseleeray.com
efile@jesseleeray.com
Tel:  (813) 443-9701
Fax: (866) 523-5468

*Attorney for Defendant HRK Holdings, LLC*

LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Tel:  (727) 245-0820
Fax: (727) 290-4057 Primary
khennessy@llw- law.com
npoot@llw-law.com
jbissette@llw- law.com;
jdavy@llw-law.com

*Counsel for Manatee County Port Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2021, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties and their counsel of record in this case.

/s/ Kevin S. Hennessy
Kevin S. Hennessy, Esq.
Florida Bar No. 0602558
LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Tel:  (727) 245-0820
Fax: (727) 290-4057 Primary

*Counsel for Manatee County Port Authority*