# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CENTER FOR BIOLOGICAL DIVERSITY,
TAMPA BAY WATERKEEPER, SUNCOAST
WATERKEEPER, MANASOTA-88, and
OUR CHILDREN'S EARTH FOUNDATION,

    Plaintiffs,

v.

GOVERNOR RON DeSANTIS
and
SHAWN HAMILTON, in his official capacity
as ACTING SECRETARY, FLORIDA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,
and
HRK HOLDINGS, LLC
and
MANATEE COUNTY PORT AUTHORITY,

    Defendants.

Case No.: 8:21-cv-001521

## **DEFENDANT, MANATEE COUNTY PORT AUTHORITY'S**

## **CERTIFICATE OF COMPLIANCE**

    Defendant, Manatee County Port Authority, hereby gives notice of serving its mandatory initial disclosures, pursuant to Fed. R. Civ Pro. 26(a)(1), and in accordance with the Endorsed Order Modifying Deadlines, dated December 22, 2021 (Doc. 64).

    Respectfully submitted this 7th day of January, 2022.

01591856-1

/s/ Kevin S. Hennessy
KEVIN S. HENNESSY, ESQUIRE
Florida Bar No. 0602558
NICOLE J. POOT, ESQUIRE
Florida Bar No. 0118858
LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Telephone: (727) 245-0820
Facsimile: (727) 290-4057
Primary Email: khennessy@llw-law.com
npoot@llw-law.com
Secondary Email: jbissette@llw-law.com
jdavy@llw-law.com
*Counsel for Manatee County Port Authority*

### CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to the following counsel of record, on this 7th day of January, 2022:

Charles M. Tebbutt, Esq.
Daniel C. Snyder, Esq.
B. Parker Jones, Esq.
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR  97401
Tel: (541) 344-3505
Fax: (541) 344-3516
charlie@tebbuttlaw.com
dan@tebbuttlaw.com
parker@tebbuttlaw.com
*Co-Counsel for Plaintiffs*

Jaclyn Lopez, Esq.
Center for Biological Diversity
PO Box 2155
St. Petersburg, FL  33731
Tel: (727) 490-9190
jlopez@biologicaldiversity.org
*Co-Counsel for Plaintiffs*

Justin Bloom, Esq.
PO Box 1028
Sarasota, FL 34230
Tel: (941) 275-2922
Bloomesq1@gmail.com
*Co-Counsel for Plaintiffs*

Nicolas J. P. Meros, Esq.
Deputy General Counsel
Executive Office of the Governor
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL  32399
Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com
Tel: (850) 717-9310
Fax: (850) 488-9810
*Counsel for Governor Ron DeSantis*

01591856-1

| | |
|---|---|
| Jesse L. Ray, Esq.<br>Jesse Lee Ray Attorney at Law, P.A.<br>13014 N. Dale Mabry Hwy., #315<br>Tampa, FL  33618-2808<br>jray@jesseleeray.com<br>efile@jesseleeray.com<br>Tel: (813) 443-9701<br>Fax: (866) 523-5468<br>*Counsel for HRK Holdings, LLC* | Jeffrey Brown, Esq.<br>Assistant General Counsel<br>Department of Envir. Protection<br>3900 Commonwealth Blvd., MS 35<br>Tallahassee, FL  32399-3000<br>Jeffrey.Brown@FloridaDEP.gov<br>Syndie.Kinsey@FloridaDEP.gov<br>DEP.Defense@FloridaDEP.gov<br>*Counsel for Shawn Hamilton, in his official capacity as Acting Secretary of the Florida Department of Environmental Protection* |

   /s/ *Kevin S. Hennessy*
      KEVIN S. HENNESSY

01591856-1