# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>    *Defendants*. | Case No. 8:21-cv-1521<br><br>**EXHIBIT 2 TO PLAINTIFFS' RESPONSE AND CROSS-MOTION FOR JUDICIAL NOTICE** |

FILED
06 FEB 28 PM 3:06
DIVISION OF ADMINISTRATIVE HEARINGS

STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS

| | |
|---|---|
| MULBERRY PHOSPHATES, INC. ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 01-0722 |
| vs. ) | |
| ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| PROTECTION, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |
| PINEY POINT PHOSPHATES, INC. ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 01-0723 |
| vs. ) | |
| ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| PROTECTION, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## Nineteenth Request For Continuance

Petitioners, Mulberry Phosphates, Inc., and Piney Point Phosphates, Inc., by and through the undersigned counsel who represent the Receiver, hereby respond to Judge Canter's Order dated November 3, 2005, as follows:

The Receiver in this case has been ordered to preserve, protect and maintain the property, including preserving the property's compliance with all environmental

1

regulations. The pending administrative case has extended the expiration date of the existing permits and allows site operations to continue under the current permits. If the administrative case is closed and a final order is entered, the permits expire. These facilities are the subject of pending bankruptcy proceedings. Certain facilities at Mulberry have been sold, but the Receiver maintains responsibility for site environmental security and related matters at both Mulberry and Piney Point. A permit from the Department is required for the operation of these facilities. The Department has previously entered a contract to close Mulberry and is now reviewing permitting requirements for this contractor. The Receiver has implemented new water treatment processes at the Piney Point facilities. In addition, the Receiver has made significant progress in disposing of the water now contained in the stacks at the Piney Point plant so that the stacks and facilities are now being closed.

On July 16, 2004, the Department issued an Invitation to Negotiate (ITN) solicitation for the continued closure of the Piney Point Phosphogypsum Stack System. In the ITN, the Department sought replies from vendors for a contract to manage and close the Piney Point Stack system. Furthermore, in the ITN solicitation, potential respondents were notified of the Department's intent to: (1) transfer to the selected contractor the expired, but administratively continued NPDES permit; and (2) to issue the selected contractor an Administrative Order (A.O.). Said A.O. would specify

interim monitoring requirements and effluent limits for surface water discharges from the site during the closure work, as well as a compliance schedule by which the contractor would apply for transfer and renewal of the NPDES permit. The renewed permit would address post-closure surface water discharges from the site.

On December 7, 2004, the Department provided notice of the rankings for the three qualified proposals received under the ITN solicitation and its intent to award the contract and enter into contract negotiations with the highest ranked proposal. On December 20, 2004, the two lower ranked proposers both timely filed formal protests to the Department's proposed award. An administrative hearing and related proceedings were conducted by the State of Florida Division of Administrative Hearings (Case No. 05-0007BID) resulting in a Recommended Order that was entered on March 21, 2005. A Final Order was filed by the Department of Environmental Protection on April 20, 2005, affirming the Department's earlier intent to award the contract and enter into contract negotiations with the then highest ranked proposal. The Final Order has been appealed to the First District Court of Appeal. The District Court of Appeal upheld the Department's decision. In addition, during the recent months the Department has continued to negotiate with the proposed purchasers of the site.

A continuance of the pending cases will provide the Department with adequate time to file a motion to relinquish the case back to the Department. In addition, the new

3

contractors are in the process of seeking the appropriate permits to operate these facilities. With the Department regaining jurisdiction and having new permit applications, the issues before the Administrative Law Judge should be resolved without an administrative hearing. Attorney for the Receiver has contacted the attorney for the Department and the Department joins in this request.

The Receiver requests that this matter be continued for an additional 45 days and held in abeyance with a status report to be filed no later than April 14, 2006. Respectfully submitted this 28th day of February, 2006.

/s/ Jacob D. Varn

JACOB D. VARN, ESQ.
Florida Bar No. 139615
LINDA LOOMIS SHELLEY, ESQ.
Florida Bar No. 240621
FOWLER WHITE BOGGS & BANKER
Post Office Box 11240
Tallahassee, Florida 32302
850/681-0411   FAX: 850/681-0267
Attorneys for Receiver

4

## Certificate of Service

I hereby certify that this document has been furnished by hand delivery to the Clerk, Division of Administrative Hearings, The DeSoto Building, 1230 Apalachee Parkway, Tallahassee, Florida 32399-3060; with copies by U.S. Mail to Francine M. Ffolkes, Esquire and John Alden, Esquire, Department of Environmental Protection, 3900 Commonwealth Boulevard, The Douglas Building, MS 35, Tallahassee, Florida 32399-3000; and Herbert R. Donica, Esquire, Counsel for the Chapter 7 Trustee, Donica Law Firm, 106 S. Tampania Avenue, Suite 250, Tampa, Florida, 33609 on this 28th day of February, 2006.

_____
Attorney