# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>*Defendants*. | Case No. 8:21-cv-1521<br><br>**EXHIBIT 3 TO PLAINTIFFS' RESPONSE AND CROSS-MOTION FOR JUDICIAL NOTICE** |

# STATE OF FLORIDA
## DIVISION OF ADMINISTRATIVE HEARINGS

MULBERRY PHOSPHATES, INC.,

    Petitioner,

                                             DOAH CASE NO.  01-0722

vs.

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Respondent.

_____/

PINEY POINT PHOSPHATES, INC.,

    Petitioner,

                                             DOAH CASE NO.  01-0723

vs.

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Respondent.

_____/

## AGREED MOTION TO RELINQUISH JURISDICTION

     Respondent, Florida Department of Environmental Protection (Department) and Petitioners, Mulberry Phosphates, Inc., and Piney Point Phosphates, Inc., move the Administrative Law Judge for an order relinquishing jurisdiction over these matters to the Department.  As grounds the parties state the following:

1

Filed March 24, 2006 12:34 PM Division of Administrative Hearings.

1. The Petitioners, through the Receiver, filed a Nineteenth Request for Continuance on February 28, 2006, which was granted by the Administrative Law Judge. The request accurately summarized the status of activities that have taken place and are currently contemplated for final closure and post-closure management of both the Mulberry and Piney Point facilities.

2. For the Mulberry facility, the Department has been reviewing permitting requirements with the contractor and has prepared a draft wastewater permit for that facility.

3. For the Piney Point facility, the Department has been reviewing the contractor's application for transfer and renewal of the NPDES wastewater permit and is prepared to take agency action on the application.

4. The parties believe that no issues remain for resolution in an administrative hearing by the Administrative Law Judge, and that jurisdiction should be relinquished back to the Department to allow the Department to take agency action on these pending wastewater permit applications for Mulberry and Piney Point.

5. Undersigned Department counsel has consulted with the attorney for the Receiver, and the Receiver joins in this motion.

THEREFORE, the disputed issues having been resolved, the parties move the Administrative Law Judge for an order relinquishing jurisdiction of these cases to the Department for entry of appropriate final orders.

2

Filed March 24, 2006 12:34 PM Division of Administrative Hearings.

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing AGREED MOTION TO RELINQUISH JURISDICTION was mailed to the following person on this <u>24th</u> day of March, 2006.

Jacob D. Varn, Esq.
Fowler White Boggs & Banker
Post Office Box 11240
Tallahassee, Florida  32302

                                       STATE OF FLORIDA DEPARTMENT
                                       OF ENVIRONMENTAL PROTECTION

                                       _____
                                       FRANCINE M. FFOLKES
                                       Senior Assistant General Counsel
                                       3900 Commonwealth Boulevard
                                       Mail Station 35
                                       Tallahassee, Florida  32399-3000
                                       Telephone: (850) 245-2225
                                       Facsimile: (850) 245-2297
                                       E-mail: Francine.Ffolkes@dep.state.fl.us

3

Filed March 24, 2006 12:34 PM Division of Administrative Hearings.