# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>    *Defendants*. | Case No.  8:21-cv-1521<br><br>**EXHIBIT 4 TO PLAINTIFFS' RESPONSE AND CROSS-MOTION FOR JUDICIAL NOTICE** |

```
                    STATE OF FLORIDA
             DIVISION OF ADMINISTRATIVE HEARINGS


MULBERRY PHOSPATES, INC.,        )
                                 )
     Petitioner,                 )
                                 )
vs.                              )   Case Nos. 01-0722
                                 )
DEPARTMENT OF ENVIRONMENTAL      )
PROTECTION,                      )
                                 )
     Respondent.                 )
                                 )
PINEY POINT PHOSPHATES, INC.,    )
                                 )
     Petitioner,                 )
                                 )
vs.                              )   Case Nos. 01-0723
                                 )
DEPARTMENT OF ENVIRONMENTAL      )
PROTECTION,                      )
                                 )
     Respondent.                 )
                                 )
```

ORDER CLOSING FILES

These causes having come before the undersigned on the Agreed Motion to Relinquish Jurisdiction, and the undersigned being fully advised, it is, therefore,

ORDERED that the files of the Division of Administrative Hearings in the above-captioned matter are hereby closed.

DONE AND ORDERED this 27th day of March, 2006, in Tallahassee, Leon County, Florida.

*[signature: Bram DE Canter]*

_____
BRAM D. E. CANTER
Administrative Law Judge
Division of Administrative Hearings
The DeSoto Building
1230 Apalachee Parkway
Tallahassee, Florida  32399-3060
(850) 488-9675   SUNCOM 278-9675
Fax Filing (850) 921-6847
www.doah.state.fl.us

Filed with the Clerk of the
Division of Administrative Hearings
this 27th day of March, 2006.


COPIES FURNISHED:

Jacob D. Varn, Esquire
Fowler, White, Boggs, Banker, P.A.
Post Office Box 11240
Tallahassee, Florida  32302-3240

Francine M. Ffolkes, Esquire
Department of Environmental Protection
The Douglas Building, Mail Station 35
3900 Commonwealth Boulevard
Tallahassee, Florida  32399-3000

Herbert R. Donica, Esquire
Donica Law Firm, P.A.
106 South Tampania Avenue
Suite 250
Tampa, Florida  33609