## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY, TAMPA BAY
WATERKEEPER, SUNCOAST
WATERKEEPER, MANASOTA-88, *and*
OUR CHILDREN'S EARTH
FOUNDATION,

       *Plaintiffs*,

       *v.*

GOVERNOR RON DeSANTIS,

*and* SHAWN HAMILTON, *in his official
capacity as* ACTING SECRETARY,
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
*and* HRK HOLDINGS, LLC, *and*
MANATEE COUNTY PORT
AUTHORITY,

       *Defendants*.

Case No.  8:21-cv-1521

**EXHIBIT 5 TO PLAINTIFFS' RESPONSE
AND CROSS-MOTION FOR JUDICIAL
NOTICE**



PROTECTING TOGETHER

About ▾   State Action ▾   Education Center   Receive Updates ▾   Volunteer   **Water Quality Status ▾**

# PINEY POINT UPDATES ARCHIVE

**APRIL 2021**

## APRIL 3, 2021 (UPDATES)                                                                                              −

Today, Governor DeSantis issued a State of Emergency for Manatee County due to a possible breach of mixed saltwater from the south reservoir at the Piney Point facility. The Governor has directed the Florida Department of Environmental Protection (DEP) and the Division of Emergency Management to coordinate resources both in Tallahassee and at the site to ensure proper response and mitigation of risks in Manatee County.

DEP Secretary Noah Valenstein was onsite today at the Manatee County Emergency Operations Center where he provided real-time updates on the state's response efforts. The following statement is from Secretary Valenstein.

> "The department's top priority at this time is the protection of public health and safety. As a result of the State of Emergency declared by Governor DeSantis today, this will ensure resources are available for response and recovery.

> Our first response activities are focused on ensuring releases are controlled and stopped as quickly as possible. We will then focus on our regulatory review and enforcement.

> I assure you that DEP is dedicated to full enforcement for any damages to our state's resources and holding HRK accountable for this event. We are completing rigorous water quality sampling daily to support any future enforcement action. While this water meets most water quality standards for marine waters, there are elevated levels of nutrients and the water is acidic. However, the water is **not** radioactive.

> We are committed to working with Manatee County and utilizing all available resources to determine a permanent solution to this long-standing issue."

Residents can find the latest information on the status of the site and response activities at ProtectingFloridaTogether.gov/PineyPointUpdate.

For information on public safety and evacuation guidance in this area, please visit MyManatee.org.

## APRIL 4, 2021

Today, Governor Ron DeSantis traveled to Manatee County to meet with state and local officials as Florida continues to mitigate the potential risk of uncontrolled discharges from Piney Point. The Governor has issued a State of Emergency in Manatee County to ensure proper resources are available for response and recovery. Governor DeSantis' press conference from Manatee County can be viewed **HERE**.

The Florida Department of Environmental Protection (DEP) Secretary Noah Valenstein and Florida Division of Emergency Management Director (FDEM) Jared Moskowitz are onsite at the Manatee County Emergency Operations Center.

In addition, state agencies are coordinating resources both in Tallahassee and onsite to ensure proper response and mitigation of risks in Manatee County. DEP and FDEM are also working closely with the Florida Department of Health to mitigate any risks to public health, and are coordinating with the Florida Department of Transportation and Florida Highway Patrol on infrastructure and road closures.

"Our first priority is public health and safety. Teams on the ground are laser-focused on addressing this issue, and I have directed Secretary Valenstein to work with Manatee County and utilize all available resources to form a permanent solution to this longstanding issue," **said Governor DeSantis.** "I have also deployed the National Guard and they are in the process of dropping off additional pumps via aircraft on top of the berms, to help decrease the water levels in the Piney Point reservoir at an even faster pace. The State is committed to holding HRK and all involved parties accountable."

"Our teams are working around the clock to mitigate risks and ensure emergency preparedness in the area that could experience flooding, should an uncontrolled breach occur. It is clear that this facility must be closed. I want to assure Floridians that we are dedicated to holding HRK accountable for this issue through enforcement action," **said DEP Secretary Noah Valenstein.**

"At the division, we are sending every resource at our disposal to the site by truck, crane and helicopter. We have already deployed 20 pumps, 10 vacuum trucks and more than 100,000 bottles of water, with more on the way. I urge residents in the area to follow all warnings and evacuation orders from local officials as we do everything we can to keep you safe," **said FDEM Director Jared Moskowitz.**

On March 26, 2021, there were approximately 480 million gallons in the impacted NGS-South compartment. As of this morning, the total quantity in the impacted compartment is approximately 306 million gallons. The state continues to work around the clock to make repairs and remove water from the compartment to prevent

**APRIL 8, 2021**                                                                                                         −

**Within the past 24 hours, DEP has reduced discharge flow to Port Manatee by more than 90%.** Teams are now deploying nutrient reduction and removal treatments of the water on-site to address any required discharges in the future. This will significantly reduce nutrient loading to Port Manatee and help minimize water quality impacts.

Yesterday, DEP deployed diving companies and submersible cameras in the NGS-South compartment and identified a seam separation on the east wall of the compartment. DEP and contracted crews continue to work around the clock to implement necessary repairs to the liner to contain the flow. Field operations teams are actively assessing the remainder of the system to continue stabilization and water treatment efforts. These efforts have enabled DEP to move forward with these important steps to reduce the current discharge volume of untreated water and ensure future discharges are pre-treated.

DEP continues to work with its partners to implement solutions in the waterways surrounding Piney Point to combat potential harmful algal blooms and continues sampling the water quality network in this area daily.

**Key status updates and response activities:**

- The reduced rate of discharge to Port Manatee is now estimated to be less than 5 million gallons per day.

- Approximately 232 million gallons remain in the NGS-South compartment.

- To date, approximately 202 million gallons have been discharged to the port.

- DEP tasked two innovative technology companies to initiate nutrient reduction and removal treatments from water on-site prior to discharging to Port Manatee.

- DEP is working to repair the one identified area where there is concentrated seepage from the east wall of the NGS-South compartment. The flow of the seepage has reduced and remains contained onsite in the facility's lined stormwater management system.

- DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impacts to Tampa Bay from the Piney Point discharges. Results will continue to be posted as soon as they are available.

- Manatee County Emergency Management reopened U.S. Highway 41 and Buckeye Road to traffic and lifted the local evacuation order enabling local residents and businesses to return home safely.

Residents can find the latest information on the status of the site and response activities at ProtectingFloridaTogether.gov/PineyPointUpdate.

## APRIL 10, 2021 ─

This week, DEP deployed diving companies and submersible cameras that identified a seam separation on the east wall of the NGS-South. Dive operations have strategically placed a steel plate on the seam separation to temporarily repair this identified source of concentrated seepage. At this time, the plate has been installed and we will continue to monitor the success of this repair. We continue to work to identify whether there are any additional separations of the liner.

In anticipation of weekend weather forecasts, DEP has made preparations for managing increased stormwater on-site due to anticipated heavy rain and wind. DEP is coordinating with state meteorologists and response teams will remain on-site throughout the foreseen weather event.

**Key status updates and response activities:**

- At this time, discharges to Port Manatee are still ceased.
- Approximately 217 million gallons remain in the NGS-South compartment. To date, 215 million gallons were discharged to the port.
- Sampling efforts and monitoring are ongoing. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impacts to Tampa Bay from the Piney Point discharges. Results will continue to be posted as soon as they are available.
- DEP tasked two innovative technology companies to initiate nutrient reduction and removal treatments from water on-site prior to discharging to Port Manatee. These technologies are on-site preparing for operation.

APRIL 13, 2021



Today, Governor DeSantis was joined by legislators, DEP Secretary Noah Valenstein and Manatee County officials at the Piney Point facility in Manatee County to announce his commitment to full, permanent closure. During the announcement, Governor DeSantis agreed to changing legislation to help close this facility, forever finishing the last chapter in the site's long history. The Governor also directed DEP to take any and all legal actions to ensure HRK and any other actors are held fully accountable.

The first step towards permanent closure is to ensure we are ready to take the next steps toward any necessary restoration and mitigation as quickly as possible. To that end, Governor DeSantis also announced that he is redirecting $15.4 million from existing appropriations at DEP to be used for innovative technologies to pre-treat water at the site.

Senator Wilton Simpson expressed the legislature's support to supplement these immediate actions with future funding appropriations, starting with an estimated $100 million in the coming fiscal year.

**Key status updates and response activities:**

- Discharges to Port Manatee remain ceased.
- Approximately 222 million gallons remain in the NGS-South compartment. Elevation and volume will likely fluctuate as innovative technologies are deployed to initiate water treatment.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- There are no reported fish kills in the area.
- The department remains fully engaged in first response activities and is diligently monitoring conditions at the site. At approximately 3:30 p.m., a low-level flow was observed from the concentrated seepage area on the east wall of NGS-South compartment. Dive crews immediately arrived on-scene and are currently in the water confirming that the plate placed over the liner seam separation has remained secured, and no other leaks are identified.



APRIL 15, 2021





The department remains fully engaged in first response activities and is diligently monitoring conditions at the site.

On Tuesday afternoon, a low-level flow was observed from the concentrated seepage area on the east wall of NGS-South compartment. Dive crews immediately arrived on-scene and identified a small detachment underneath the plate placed over the liner seam separation. At this time, the low-level flow rate appears to be consistent. Assessment and repair efforts continue.

DEP's Florida Geological Survey, in consultation with Dr. Mark Rains, DEP's Chief Science Officer, is currently on-site completing ground penetrating radar to further assess the concentrated seepage.

**Key status updates and response activities:**

- Discharges to Port Manatee remain ceased. The department is working rigorously to get innovative technologies up and running as quickly as possible. It is the department's focus to ensure that, if possible, any future necessary discharges are pre-treated to minimize any ecological impacts.
- Approximately 215 million gallons remain in the NGS-South compartment. Elevation and volume will likely fluctuate as innovative technologies are deployed to initiate water treatment.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- There are no reported fish kills in the area.

Residents can find the latest information on the status of the site and response activities at ProtectingFloridaTogether.gov/PineyPointUpdate.

**APRIL 22, 2021**

The Florida Department of Environmental Protection (DEP) continues to conduct repair activities associated with the small detachment discovered underneath the steel plate. DEP is monitoring the steel plate and low-level flow around the clock.

**Key status updates and response activities:**

- DEP has been methodically relocating water among the lined storage basins onsite to safely manage water, respond to rainfall events and prepare for water treatment. Water levels can be expected to fluctuate daily due to these water management activities, as well as evaporation.
- Discharges to Port Manatee ceased April 9, and have not resumed at this time. It remains DEP's priority, if possible, to ensure any future necessary discharges are pre-treated to minimize ecological impacts.
- Approximately 195 million gallons remain in the NGS-South compartment.
- DEP continues to monitor and sample surrounding waterways following previous discharges. At this time, bloom conditions have been observed in the localized area of previous discharges. To date, results have ranged from non-detect to trace (0.38 ppb) levels of cyanotoxins. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- Red tide conditions in the Gulf of Mexico were detected prior to previous discharges, but outside of the immediate discharge area. Yesterday, results were reported detecting red tide in lower Tampa Bay, southwest of the Manatee River. Based on results of water quality monitoring and utilization of Ocean Circulation Models, the red tide conditions in these areas are not thought to be a direct result of the Piney Point discharges. However, elevated nutrients have the potential to exacerbate these algal blooms, and increased sampling is ongoing. DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality in the area. At this time, there are no reported fish kills. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

**MAY 11, 2021**                                                                                                                                                                              −

DEP began work today incorporating sand around the liner seam-separation inside the NGS-South compartment to reinforce the steel plate and to further reduce the potential for additional seepage. While the steel plate, stone aggregate and geo-composite material continue to minimize the concentrated seepage that is being contained onsite, DEP expects additional progress and stabilization will be made with the introduction of the sand placement.

**Key status updates and response activities:**

- Discharges to Port Manatee ceased April 9, 2021, and have not resumed at this time. It remains DEP's priority, if possible, to ensure any future necessary discharges are pre-treated to minimize ecological impacts.
- DEP has been managing water within the lined storage basins onsite to safely control water levels, respond to rainfall events and initiate water treatment. Water levels can be expected to fluctuate daily due to these water management activities, as well as evaporation.
- Approximately 204 million gallons remain in the NGS-South compartment.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.
- DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality. There are no reported fish kills in this area. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

## MAY 28, 2021 −

Florida Department of Environmental Protection (DEP) staff continues its oversight of the progress being made onsite with water treatment efforts through innovative technologies, along with the monitoring of the success of the sand placement repair in the NGS-South compartment.

**Key status updates and response activities:**

- DEP has been managing water within the lined storage basins onsite to safely control water levels, respond to rainfall events and support water treatment.
- Approximately 190 million gallons are held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including wind and associated wave activity in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.
- DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality. There are no reported fish kills in this area. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

## JUNE 11, 2021

DEP's two contracted innovative technology companies continue water treatment efforts at the site. Water management activities remain ongoing to safely control water levels, respond to rainfall events and support water treatment.

DEP remains committed to its stringent regulatory oversight of the facility and to holding HRK accountable for the its legal responsibilities as site owner and operator, which includes managing the site to ensure the integrity of the stack system in order to protect public health, safety, and the welfare of the public and the environment.

**Key status updates and response activities:**

- Approximately 203 million gallons are held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including water management activities and wind/associated waves in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.
- DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality. FWC has received reports of fish kills near Port Manatee and the Skyway Bridge, as well as other parts of Tampa Bay closer to the mouth and along coastal beaches of Pinellas County. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

## AUG. 12, 2021                                                                    −

DEP remains committed to its stringent oversight of HRK's activities at Piney Point as they prepare the site for possible impacts from Tropical Storm Fred. Department inspectors are onsite overseeing site preparations as staff work to secure heavy equipment and water treatment elements, and adjust water management levels in the ponds to ensure the site can endure tropical or hurricane force winds and rain. Additional pumps and generators are also available to safeguard against potential power outages.

The site received approximately 0.8 inches of rain overnight, bringing the rainfall total to approximately 6.5 inches over the last 12 days. Rainwater runoff continues to be conveyed through HRK's permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

**Key status updates and response activities:**

- The department filed a complaint in the 12th Judicial Circuit Court of Manatee County on Aug. 5, initiating enforcement action against HRK Holdings, LLC. Learn more by reviewing DEP's filed complaint and a frequently asked questions document.
- Approximately 264 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.
- DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

## AUG. 13, 2021

DEP remains committed to its stringent oversight of HRK's activities at Piney Point as they prepare the site for possible impacts from Tropical Depression/Storm Fred. Department inspectors are onsite overseeing site preparations as staff work to secure heavy equipment and water treatment elements, and adjust water management levels in the ponds to ensure the site can endure tropical or hurricane force winds and rain. Additional pumps and generators are also available to safeguard against potential power outages.

The site received approximately 0.3 inches of rain overnight, bringing the rainfall total to nearly seven inches over the last 13 days. Rainwater runoff continues to be conveyed through HRK's permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

**Key status updates and response activities:**

- The department filed a complaint in the 12th Judicial Circuit Court of Manatee County on Aug. 5, initiating enforcement action against HRK Holdings, LLC. Learn more by reviewing DEP's filed complaint and a frequently asked questions document.
- Approximately 264 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.
- DEP continues working with the Florida Fish and Wildlife Conservation Commission (FWC) and the Florida Department of Health to monitor algal blooms and water quality. FWC is the lead agency on red tide and will continue to update conditions on their website. For more information on red tide, please visit ProtectingFloridaTogether.gov.

## AUG. 14, 2021

Today, the Florida Department of Environmental Protection (DEP) filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee management and closure of the Piney Point site. This request was included in DEP's enforcement action against HRK and in a motion in an ongoing foreclosure case concerning the site, both of which were filed on Aug. 5, 2021.

The enforcement complaint asserts HRK's failure to safely operate the phosphogypsum stack system at the site and remove the water in the compartments atop the stacks as required by their Consent Order with department. Combined with additional significant rain volumes expected over the coming months as we continue into the rainy season, the potential for overtopping of the compartments into the surrounding areas, including Bishop Harbor (an Outstanding Florida Water), poses an imminent threat to public health and safety, and the environment. Therefore, the department is requesting an expedited hearing to have a receiver appointed and in place as soon as possible.

The request for emergency hearing is another step to ensure the safe operation and ultimately the final closure of wastewater impoundments atop the site's phosphogypsum stack stack system. The department expects HRK to continue to explore all short-term water management options to remove water from the site, such as piping and trucking water to nearby water treatment facilities, until a receiver is appointed and long-term water management remedies are in place.

Additionally, DEP remains committed to its stringent oversight of HRK's activities at Piney Point as they prepare the site for possible impacts from Tropical Depression Fred. Department inspectors are onsite overseeing site preparations as staff work to secure heavy equipment and water treatment elements, and adjust water management levels in the ponds to ensure the site can endure tropical or hurricane force winds and rain. Additional pumps and generators are also available to safeguard against potential power outages.

The site received approximately 0.2 inches of rain overnight, bringing the rainfall total to approximately seven inches over the last 14 days. Rainwater runoff continues to be conveyed through HRK's permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

## AUG. 15, 2021

While the track of Tropical Storm Fred has shifted westward, DEP continues to carefully monitor weather and site conditions at the Piney Point facility. The site received 0.4 inches of rainfall overnight.

Although the site is not expected to experience storm conditions or extreme rainfall from this storm, as noted in DEP's filed court motion yesterday, Piney Point has received approximately 22 inches of rain since the beginning of June, and should expect at least another 11.5 inches by the end of September.

HRK continues to manage rainwater runoff through its permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

The department expects HRK to continue to explore all short-term water management options to remove water from the site, such as piping and trucking water to nearby water treatment facilities, until a receiver is appointed and long-term water management remedies are in place.

**Key status updates and response activities:**

- On Aug. 14, 2021,DEP filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee management and closure of the Piney Point site. This request was included in DEP's enforcement action against HRK and in a motion in an ongoing foreclosure case concerning the site, both of which were filed on Aug. 5, 2021.  Learn more by reviewing DEP's Motion for Emergency Hearing, enforcement complaint and a frequently asked questions document.
- Approximately 267 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.

## AUG. 16, 2021

DEP continues to carefully monitor weather and site conditions at the Piney Point facility. The site received approximately one inch of rainfall overnight.

Piney Point has received approximately 23 inches of rain since the beginning of June, and is expected to receive at least another 11.5 inches by the end of September. The current storage capacity for additional rainfall at the site is 9.2 inches. This capacity is expected to change with rainfall amounts as well as adjusted water management activities at the site.

HRK continues to manage rainwater runoff through its permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

The department expects HRK to continue to explore all short-term water management options to remove water from the site, such as piping and trucking water to nearby water treatment facilities, until a receiver is appointed and long-term water management remedies are in place.

**Key status updates and response activities:**

- On Aug. 14, 2021,DEP filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee management and closure of the Piney Point site. This request was included in DEP's enforcement action against HRK and in a motion in an ongoing foreclosure case concerning the site, both of which were filed on Aug. 5, 2021.  Learn more by reviewing DEP's Motion for Emergency Hearing, enforcement complaint and a frequently asked questions document.
- Approximately 266 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations and corresponding results to evaluate any environmental impact. Results will continue to be posted as soon as they are available.
- DEP is also working collaboratively with the Tampa Bay Estuary Program (TBEP) and local governments to cover more area and collect more data. For a comprehensive view of all sampling in Tampa Bay related to Piney Point, visit TBEP's interactive water quality dashboard.

## AUG. 17, 2021                                                                                         –

DEP continues to carefully monitor weather and site conditions at the Piney Point facility. The site received approximately 0.07 inches of rainfall overnight.

Piney Point has received approximately 23 inches of rain since the beginning of June, and is expected to receive at least another 11 inches by the end of September. The current storage capacity for additional rainfall at the site is approximately 11 inches. This capacity is expected to change with rainfall amounts as well as adjusted water management activities at the site.

The department is overseeing HRK's efforts to mange water onsite by reinstating daily piping and trucking of water to nearby water treatment facilities, and enhancing ongoing water management and treatment efforts at the site. The priority remains to pursue all available water management tools to ensure safe storage capacities for rainfall during the next months to avoid the risk of uncontrolled or untreated discharges from the site.

HRK continues to manage rainwater runoff through its permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

**Key status updates and response activities:**

- On Aug. 14, 2021, DEP filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee management and closure of the Piney Point site. This request was included in DEP's enforcement action against HRK and in a motion in an ongoing foreclosure case concerning the site, both of which were filed on Aug. 5, 2021.  Learn more by reviewing DEP's Motion for Emergency Hearing, enforcement complaint and a frequently asked questions document.
- Approximately 266 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- Innovative technology companies have been onsite treating water since April 2021, and this is ongoing. As a result of these innovative water treatment practices, nutrients, including Total Phosphorus (TP) and Total Nitrogen (TN), have been significantly reduced. To date, approximately 200 tons of TN and 150 tons of TP have

## AUG. 18, 2021                                                                          –

DEP continues to carefully monitor weather and site conditions at the Piney Point facility. The site did not receive any rainfall overnight.

Piney Point has received approximately 23 inches of rain since the beginning of June, and is expected to receive at least another 11 inches by the end of September. The current storage capacity for additional rainfall at the site is approximately 11 inches. This capacity is expected to change with rainfall amounts as well as adjusted water management activities at the site.

The department is overseeing HRK's efforts to manage the water onsite. Trucking of water to nearby water treatment facilities has resumed. HRK also continues to manage rainwater runoff through its permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

The priority remains to pursue all available water management tools to ensure safe storage capacities for rainfall during the next months.

**Key status updates and response activities:**

- On Aug. 14, 2021, DEP filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee management and closure of the Piney Point site. This request was included in DEP's enforcement action against HRK and in a motion in an ongoing foreclosure case concerning the site, both of which were filed on Aug. 5, 2021.  Learn more by reviewing DEP's Motion for Emergency Hearing, enforcement complaint and a frequently asked questions document.
- Approximately 266 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- Innovative technology companies have been onsite treating water since April 2021, and this is ongoing. As a result of these innovative water treatment practices, nutrients, including Total Phosphorus (TP) and Total Nitrogen (TN), have been significantly reduced. To date, approximately 200 tons of TN and 150 tons of TP have been removed from ponded wastewater.
- DEP continues to monitor and sample surrounding waterways following previous discharges. DEP's interactive water quality dashboard details sampling locations

## AUG. 19, 2021                                                                          −

The department continues to oversee HRK's efforts to manage the water onsite. As part of these water management efforts, trucking of water to nearby water treatment facilities has resumed. Since yesterday, 26 trucks have hauled approximately 136,500 gallons of process water offsite to the Manatee County Southeast Water Reclamation Facility.

In addition, HRK is managing rainwater runoff through its permitted outfalls to the drainage ditch along Buckeye Road. This is rainwater, not wastewater from the compartment areas onsite. Samples of the stormwater are collected by HRK daily to ensure it meets the requirements of HRK's discharge permit and water quality standards.

The priority remains to pursue all available water management tools to ensure safe storage capacities for the remainder of the rainy season.

**Key status updates and response activities:**

- The site received a half inch of rain overnight. Piney Point has received approximately 24 inches of rain since the beginning of June, and is expected to receive at least another 10 inches by the end of September. The current storage capacity for additional rainfall at the site is approximately 10.5 inches. This capacity is expected to change with rainfall amounts, as well as adjusted water management activities at the site.
- Approximately 266 million gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- Innovative technology companies have been onsite treating water since April 2021, and this is ongoing. As a result of these innovative water treatment practices, nutrients, including Total Phosphorus (TP) and Total Nitrogen (TN), have been significantly reduced. To date, approximately 200 tons of TN and 150 tons of TP have been removed from ponded wastewater.
- On Aug. 14, 2021, DEP filed a Motion for Emergency Hearing regarding its request for of a court-appointed receiver to serve as an independent third party to oversee

## JAN. 13, 2022

The court-appointed receiver and its contractors continue to coordinate with DEP engineers and regulatory staff on their response and investigation into the source of the low-volume seepage along the south wall of the NGS-South compartment. **There continues to be no indication of any concern with the integrity or stability of the stack system, and there are no offsite discharges occurring at this time.** Water is being contained within the on-site stormwater collection system and pumped back into the NGS-South compartment, as needed.

Contracted divers have implemented a one-foot interval grid system to ensure a thorough inspection of the liner. Contractors are also continuing to conduct sonar surveys to narrow down the potential source of the leak. DEP staff are on-site and will continue to monitor site conditions to minimize environmental impacts and to protect human health and safety.

The court-appointed receiver is continuing his work to both manage and undertake final closure of the site. Closure of this facility remains the top priority, which will ensure that the potential threat to the environment and surrounding community is eliminated permanently.

**Key status updates and response activities (bolded and underlined language reflects changes):**

- The site received no rainfall overnight. Piney Point has received approximately 36.27 inches of rain since the beginning of June 2021. The current storage capacity for additional rainfall at the site is approximately **19.6 inches**. This capacity is expected to change with rainfall amounts, as well as adjusted water management activities at the site. At this time, expected rainfall through the end of May 2022 is approximately 14 inches.
- As part of the site's water management efforts, piping of water to the North Regional Water Reclamation Facility resumed Thursday, Sept. 2, 2021, and to date, **11,907,855 gallons** have been transferred. Spray evaporation also continues.
- Approximately **266 million** gallons are currently held within the NGS-South compartment. Pond level readings are expected to fluctuate due to a host of factors, including rainfall, water management activities and wind/associated waves in the pond.
- Innovative technology has been used for onsite water treatment since April 2021, and is ongoing under the Receiver's work at the site. As a result of these innovative water treatment practices, nutrients, including Total Phosphorus (TP) and Total Nitrogen (TN), continue to be reduced significantly onsite. To date, approximately 265 tons of TN and 240 tons of TP have been removed from wastewater onsite.
- The department finalized its agreement with the court-appointed receiver, supporting his role to both manage and undertake final closure of the site. This agreement was finalized after a judge issued an order on Aug. 25, 2021, appointing a receivership to serve as an independent third party to oversee management and closure of the Piney Point site. Day-to-day management and operations now come from this receiver. As part of the receiver's work, water treatment will continue and all available options to manage water onsite will continue to be pursued in an attempt to minimize the potential need for any future treated discharges.



About ▾   State Action ▾   Education Center   Receive Updates ▾   Volunteer

**Water Quality Status ▾**

---

### BLUE-GREEN ALGAE



**REPORT**
- Online 24/7: **ReportAlgalBloom.com.**
- Toll-free Mon-Fri 8 a.m.-5 p.m.: **855-305-3906.**

**INFORMATION ON BLUE-GREEN ALGAL BLOOMS:**
- **ProtectingFloridaTogether.gov/BlueGreenAlgae.**

### RED TIDE



**REPORT**
- Observe a stranded wildlife or fish kill:
  - **800-636-0511** (Fish Kills).
  - **888-404-3922** (Wildlife Alert).

**INFORMATION ON RED TIDE OR OTHER SALTWATER BLOOMS:**
- **MyFWC.com/RedTide.**

### PUBLIC HEALTH ISSUES



**REPORT HUMAN ILLNESS**
- Contact your healthcare provider or Florida Poison Control Centers. Florida Poison Control Centers can be reached 24/7 at **800-222-1222.**
- If this is a medical emergency, please call **911.**

**CONTACT DOH COUNTY OFFICE FOR OTHER PUBLIC HEALTH CONCERNS:**
- **FloridaHealth.gov/all-county-locations.html.**

---



**INTERESTED IN EMAIL UPDATES?**

[Sign-up or Manage Preferences]

Follow Our Social Media Feed:

**#PROTECTINGFLTOGETHER**

[View Feed]

Accessibility   Disclaimer   Privacy   Sitemap

ProtectingFloridaTogether@FloridaDEP.gov

© 2022 Florida Department of Environmental Protection