# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>*Defendants*. | Case No. 8:21-cv-1521<br><br>**EXHIBIT 8 TO PLAINTIFFS' RESPONSE AND CROSS-MOTION FOR JUDICIAL NOTICE** |



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

APR 1 8 2011

Mr. David L. McDonald
Executive Director
Manatee County Port Authority
300 Tampa Bay Way
Palmetto, Florida 34221-6608

Dear Mr. McDonald:

    I am responding to your letter, dated November 2, 2010, regarding the U.S. Army Corps of Engineers decision to avoid the Piney Point site for the disposal of dredged material associated with the construction of phase III of Manatee Harbor. The decision was made after an extensive evaluation of the Piney Point site and was provided to the Manatee County Port Authority by letter, dated November 16, 2009. Based on the assessment in that letter, the Corps does not believe the Piney Point site is a suitable disposal site for this project. Use of Piney Point involves an acknowledged risk of environmental contamination that can be avoided by use of an acceptable, less costly alternative disposal site. The National Economic Development (NED) plan, as it appears in the draft General Reevaluation Report (GRR), is environmentally acceptable and economically justified. Pending completion of final testing protocols, a disposal option consisting of the ocean disposal alternative described in the draft GRR, along with use of the existing upland site, carries none of the risk or potential liability associated with the Piney Point site, conforms with existing Army policy and is less expensive.

    While you have noted several projects in South Florida which you maintain are similar to the Piney Point contamination site, i.e., Indian River Lagoon South, Site 1, C-43 Reservoir, and C-111 Spreader Canal, there are distinct differences. Piney Point was the site of an environmental clean-up action with ongoing monitoring requirements and the continued presence of hazardous substances. The South Florida sites are characterized by past agricultural use and contain several agricultural chemicals that were legally applied in the past and are currently above regulatory levels. These substances are already present at the construction sites, which were selected to help create ecological benefits essential to the projects' core restoration goals. These benefits could not be realized without addressing the presence of agricultural chemicals.

    However, at Piney Point, the Corps is faced with a situation where various disposal sites could serve the project's purpose and accomplish its core goal of expanding the harbor for navigation. The NED plan in the draft GRR identifies an option that costs less and is an environmentally acceptable alternative. The proposal to take clean material to a site with contamination issues, and at a greater expense, presents no benefits to the project while creating potential liability for the Federal Government.



EXHIBIT #16

    I understand the importance of this project to the Manatee County Port Authority and recognize the significant efforts you have undertaken for the port. After careful review of the material you provided, I concur with the Corps that the NED plan in the draft GRR presents both lower cost and less risk.

    Thank you for your interest in the Army Civil Works program.

                                    Very truly yours,

                                    Jo-Ellen Darcy
                              Assistant Secretary of the Army
                                   (Civil Works)

Case 8:21-cv-01521-WFJ-CPT   Document 71-8   Filed 01/21/22   Page 3 of 3 PageID 1684

FDEP00003219