IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR RON DeSANTIS,<br><br>and<br><br>SHAWN HAMILTON, *in his official capacity as* ACTING SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>and<br><br>HRK HOLDINGS, LLC,<br><br>and<br><br>MANATEE COUNTY PORT AUTHORITY,<br><br>　　Defendants. | Case No.  8:21-cv-1521<br><br>**JOINT MOTION TO EXTEND DUE DATE FOR REPLY BRIEF IN SUPPORT OF FDEP'S MOTION FOR A STAY TO CORRESPOND TO DEADLINE FOR REPLY BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE SAC.** |

　　Plaintiffs and Defendants (the "Parties") hereby jointly move this Court to allow Defendant Shawn Hamilton, Secretary, Florida Department of Environmental Protection ("FDEP") to submit its reply brief in support of its motion for a stay on February 4, 2022, the same day as Defendants' reply briefs in support of their motions

1

to dismiss the second amended complaint ("SAC") are due, and state as follows:

1. On December 22, 2021, in response to a joint motion from the parties, this Court issued an amended briefing schedule establishing a February 4, 2022 deadline for Defendants' reply briefs in support of their motions to dismiss the SAC, and setting oral argument for February 15, 2022.

2. Neither the Court's December 22, 2021 Order nor the parties underlying motion addressed the deadline for FDEP's reply brief in support of its motion for a stay, Dkt. No. 53, filed on December 3, 2021.

3. Plaintiffs filed their opposition to that motion, Dkt. No. 70, on January 21, 2022, consistent with this Court's earlier scheduling order.

4. Under this Court's procedures, FDEP may file an 8-page reply in support of its stay motion within seven days of the filing of the opposition. *See* <https://www.flmd.uscourts.gov/judges/william-jung> ("Reply briefs, not to exceed eight pages in length, are permissible without leave of court. Any reply brief should not repeat points already made. Any replies must be filed within seven (7) days.").

5. FDEP wishes to submit its reply brief in support of its motion for a stay on February 4, 2022, the same day on which its reply in support of its motion to dismiss is due, so that it may finalize the two briefs together.

6. The Parties submit this joint motion for the limited purpose of extending the deadline for FDEP's reply brief in support of its stay from January 28, 2021 to February 4, 2022, the same day the reply briefs in support of Defendants' motions to

2

dismiss are due and agree that the extension of this filing date should not impact the currently scheduled hearing date of February 15, 2022 regarding Defendants' motions to dismiss.

7.  This joint motion is made in good faith by mutual agreement of the Parties, not for purposes of delay. No Party will be prejudiced by granting the relief sought herein.

WHEREFORE, the Parties respectfully request the entry of an Order granting an enlargement of time for FDEP to file its reply brief in support of its motion for a stay until February 4, 2022.

Respectfully Submitted this 28TH of January 2022.

/s/ Daniel C. Snyder
Daniel C. Snyder, *pro hac vice*
Charles M. Tebbutt
B. Parker Jones
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel:  (541) 344-3505
Fax: (541)344-3516
dan@tebbuttlaw.com
charlie@tebbuttlaw.com
parker@tebbuttlaw.com

/s/ Justin Bloom
Justin Bloom
Florida Bar No. 89109
PO Box 1028
Sarasota, FL 34230
Tel: (941) 275-2922

/s/ Jaclyn Lopez
Jaclyn Lopez
Florida Bar No. 96445
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 2155        bb
St. Petersburg, FL 33731
Tel: (727) 490-9190
jlopez@biologicaldiversity.org

/s/ Nicholas J.P. Meros
Nicholas J.P. Meros (FBN 0120270)
*Deputy General Counsel*
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Tel:  (850) 717-9310
Fax: (850) 488-9810

bloomesq1@gmail.com

*Attorneys for Plaintiffs*

/s/ *Jesse Panuccio*
Jesse Panuccio
Florida Bar No. 31401
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Ste. 1200
Fort Lauderdale, FL 33301
Tel:: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Defendant Secretary Hamilton*

/s/ *Jesse L. Ray*
Jesse L. Ray, Esq.
Florida Bar No. 0919101
JESSE LEE RAY ATTORNEY
AT LAW, P.A.
13014 N. Dale Mabry Hwy. #315
Tampa, Florida 33618-2808
jray@jesseleeray.com
efile@jesseleeray.com
Tel: (813) 443-9701
Fax: (866) 523-5468

*Attorney for Defendant HRK Holdings, LLC*

Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

/s/ *Kevin S. Hennessy*
Kevin S. Hennessy, Esq.
Florida Bar No. 0602558
Nicole J. Poot, Esq.
Florida Bar No. 0118858
LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Tel: (727) 245-0820
Fax: (727) 290-4057 Primary
khennessy@llw-law.com
npoot@llw-law.com
jbissette@llw-law.com;
jdavy@llw-law.com

*Counsel for Manatee County Port Authority*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2022, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties and their counsel of record in this case.

/s/ *Jesse Panuccio*
Jesse Panuccio
Florida Bar No. 31401
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Ste. 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Defendant Acting Secretary Hamilton*