# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>    *Defendants*. | Case No. 8:21-cv-1521-WFJ-CPT<br><br>**EXHIBIT B**<br><br>*TO*<br><br>**DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT MANATEE COUNTY PORT AUTHORITY'S MOTION FOR SANCTIONS, ECF NO. 67** |

**From:** Kevin Hennessy khennessy@llw-law.com
**Subject:** RE: Follow-Up
**Date:** November 9, 2021 at 2:09 PM
**To:** Daniel Snyder Dan@tebbuttlaw.com
**Cc:** Nicole Poot npoot@llw-law.com, Jennifer Bissette jbissette@llw-law.com, Jennifer Davy jdavy@llw-law.com



Dan,

As requested on Thursday's call, the following link will provide you access to a number of the documents we discussed. https://llw-law.sharefile.com/d-se03d74a4b5a54893b2d5ab9c07df3dfe

Specifically, we have provided the USACOE permit documents, a letter discussing the "soil cap", and documents regarding the maintenance dredging.

USACOE Permit
•	Project Cooperation Agreement Between USACOE and Port (1995); (2003); (2004);(2006)
•	Original Permit
•	Permit Modification – designating Piney Point as an upland site
•	Permit Extension

Soil Cap Beneficial Use Documents
•	Letter from FDEP to USACE (makes reference to the dredge materials as a liner cap).

Documents regarding Maintenance Dredging – the dredge materials were sent to the upland spoil site on Port Property
•	2014 (USACOE)
o	Agenda Item
o	Maintenance Dredging plans
o	COE presentation
•	2018  (USACOE)
o	2017 Maintenance dredging permit application
o	2017 Local Berthing Areas Maintenance dredging
•	2020 (for the South Channel).
o	2019-12-06 Maintenance Dredging Plans COE
o	2020 Berth Areas Maintenance Debris

Please let me know if you need any additional documents or clarification on the documents we provided.

Thank you,

**Kevin S. Hennessy | Shareholder in Charge of Office**
100 Second Avenue South, Suite 501-S | St. Petersburg, Florida 33701
khennessy@llw-law.com | 727.245.0820
vCard | Website | Bio | join us online





The information contained in this transmission may be legally privileged and confidential. It is intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that you received this communication in error, and that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply email and delete the message and all copies of it.

*Member of the Environmental Law Network.*

---

**From:** Daniel Snyder <Dan@tebbuttlaw.com>
**Sent:** Tuesday, November 9, 2021 2:48 PM
**To:** Kevin Hennessy <khennessy@llw-law.com>
**Cc:** Nicole Poot <npoot@llw-law.com>
**Subject:** Re: Follow-Up

---

**External Email**

---

Thank you.

Dan

Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
dan@tebbuttlaw.com
541-344-3505

http://www.charlietebbutt.com

> On Nov 9, 2021, at 1:47 PM, Kevin Hennessy <khennessy@llw-law.com> wrote:
>
> They are on my desk for review. Expect to see something later today.
>
> Sent from my iPhone
> Kevin Hennessy
>
> On Nov 9, 2021, at 2:46 PM, Daniel Snyder <Dan@tebbuttlaw.com> wrote:
>
>
> External Email
>
> _____
> Dear Kevin & Nicole - I wanted to check in with you about the documents
> we discussed by phone last week. Any updates?

we discussed by phone last week. Any updates?

Thank you,

Dan

Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
dan@tebbuttlaw.com<mailto:dan@tebbuttlaw.com>
541-344-3505

http://www.charlietebbutt.com