## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY, TAMPA BAY
WATERKEEPER, SUNCOAST
WATERKEEPER, MANASOTA-88, *and*
OUR CHILDREN'S EARTH
FOUNDATION,

      *Plaintiffs,*

      *v.*

GOVERNOR RON DeSANTIS,
SHAWN HAMILTON, *in his official
capacity as* SECRETARY, FLORIDA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, HRK HOLDINGS, LLC,
*and*
MANATEE COUNTY PORT
AUTHORITY,

      *Defendants.*

Case No.  8:21-cv-1521

**FDEP'S SECOND MOTION FOR
JUDICIAL NOTICE IN SUPPORT
OF MOTION TO DISMISS AND
ALTERNATIVE MOTION TO STAY**

## <u>EXHIBIT REQUESTED FOR JUDICIAL NOTICE</u>

The Florida Department of Environmental Protection ("FDEP"), respectfully requests that the Court take judicial notice of the following item (the "Exhibit") in support of FDEP's Motions to Dismiss, Doc. 51, and Motion to Stay, Doc. 53 (the "Motions"):

**Exhibit A**: *Receiver's Second Status Report and Accounting*, filed in the Foreclosure Action on January 10, 2022 ("Second Status Report").

## BACKGROUND

On December 3, 2021, FDEP filed its first Motion for Judicial Notice in Support of Motion to Dismiss and Alternative Motion to Stay, Doc. 52 ("First RJN"). Among other items, FDEP's First RJN seeks judicial notice of Exhibit G thereto, *Receiver's First Status Report and Accounting*, filed in the Foreclosure Action on November 2, 2021 ("First Status Report"). Plaintiffs do not oppose FDEP's First RJN, including with respect to the First Status Report. *See* Doc. 71.

FDEP now seeks judicial notice of the Second Status Report. FDEP conferred with Plaintiffs' counsel about this motion, and Plaintiffs' counsel indicated they would not take a position on judicial notice of the Second Status Report until evaluating the context and purpose for which FDEP seeks judicial notice. As set forth below—and consistent with FDEP's reliance on the Second Status Report in FDEP's reply briefing in support of the Motions—judicial notice of the Second Status Report is appropriate for substantially the same reasons set forth in FDEP's First RJN with respect to the First Status Report.

## ARGUMENT

### I. THE EXHIBIT IS SUBJECT TO JUDICIAL NOTICE.

The Exhibit is subject to judicial notice because it is a "public record[] that [is] 'not subject to reasonable dispute' because [it] [is] 'capable of accurate and ready determination by resort to sources whose accuracy could not reasonably be questioned.'" *Horne v. Potter*, 392 F. App'x 800, 802 (11th Cir. 2010) (quoting Fed. R. Evid. 201(b)); *see also Universal Express, Inc. v. Sec. & Exch. Comm.*, 177

F. App'x 52, 53 (11th Cir. 2006) ("Public records are among the permissible facts that a district court may consider."); *Henderson v. Sun Pharm. Indus., Ltd.*, 809 F. Supp. 2d 1373, 1379 (N.D. Ga. 2011) ("[T]he Court is permitted to take judicial notice of documents made publicly available by a government entity."); *Beepot v. J.P. Morgan Chase Nat'l Corp. Servs., Inc.*, 2011 WL 4529604, at *5 (M.D. Fla. Sept. 30, 2011) (collecting cases).  Plaintiffs cannot credibly challenge the authenticity of the Exhibit.  *See S. River Watershed All., Inc. v. DeKalb Cnty., Georgia*, 484 F. Supp. 3d 1353, 1365 (N.D. Ga. 2020).

## II.  THE EXHIBIT IS PROPERLY CONSIDERED ON FDEP'S MOTION TO DISMISS AND MOTION TO STAY.

The parties do not dispute that judicially-noticeable materials may be considered with respect to Defendants' jurisdictional challenges.  See Doc. 69 at 6 (citing *Barnett v. Okeechobee Hosp.*, 283 F.3d 1232, 1237-1238 (11th Cir. 2002)). The Exhibit is critical to a determination of whether Plaintiffs' claims are moot, and likewise critical to a determination whether a stay is appropriate in this case. *See Allstate Ins. Co. v. Auto Glass Am., LLC*, 418 F. Supp. 3d 1009, 1026–27 (M.D. Fla. 2019) (in *Colorado River* stay analysis, taking judicial notice of underlying state court lawsuits).

## CONCLUSION

For the foregoing reasons, FDEP respectfully requests that the Court take judicial notice of the Exhibit.

Dated: February 4, 2022                    Respectfully submitted,

                                    s/ *Jesse Panuccio*
                                    Jesse Panuccio
                                    Fla. Bar No. 31401
                                    jpanuccio@bsfllp.com
                                    Carl Goldfarb
                                    Fla. Bar No. 125891
                                    cgoldfarb@bsfllp.com
                                    BOIES SCHILLER FLEXNER LLP
                                    401 East Las Olas Boulevard
                                    Suite 1200
                                    Fort Lauderdale, FL 33301
                                    Telephone: (954) 356-0011
                                    Facsimile:  (954) 356-0022

                                    *Counsel for Defendant FDEP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this fourth day of February, 2022, I electronically

filed the foregoing document with the Clerk of the Court using CM/ECF.  I also

certify that the foregoing document is being served this day on all counsel of record

via transmission of Notices of Electronic Filing generated by CM/ECF.


s/ *Jesse Panuccio*
Jesse Panuccio

# Exhibit A

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA IN AND FOR MANATEE COUNTY CIVIL DIVISION

FORTRESS 2020 LANDCO, LLC, a Delaware
limited liability company, as assignee of Regions Bank,
as successor in interest by merger of AmSouth Bank,

    Plaintiff,

vs.                             Civil Action No. 2020-CA-004459-AX

HRK HOLDINGS, LLC, a Florida limited liability
company, ARSENAL GROUP, LLC, a Delaware
limited liability company, WILLIAM F. HARLEY
III, FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
ARDAMAN & ASSOCIATES, INC., a Florida
corporation, INTERNATIONAL SALT
COMPANY, LLC, a Delaware limited liability
company, MC WEIGHING SYSTEMS, LLC, a
Florida limited liability company, 9079-8042
QUEBEC, INC., a foreign corporation,

    Defendants.

_____/

## <u>RECEIVER'S SECOND STATUS REPORT AND ACCOUNTING</u>

**Receivership Activity from August 25, 2021 (inception) through December 31, 2021**

                            **DONICA RECEIVERSHIP SERVICES, LLC**
                            238 East Davis Boulevard, Suite 209
                            Tampa, FL 33606
                            Telephone: (813) 878-9790
                            Facsimile:  (813) 878-9746
                            e-mail:  herb@donicalaw.com

                            By: */s/ Herbert R. Donica*
                                Herbert R. Donica, Receiver

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................ i

INTRODUCTION ..................................................................................................1

BACKGROUND ...................................................................................................1

I.      Procedure and Chronology ...........................................................................1

II.     The Receivership Process .............................................................................2

III.    Overview of the Receiver's Findings. .........................................................3

IV.    Funding the Receivership ............................................................................4

V.     Actions Taken by the Receiver……………………………………..…….4

VI.    Management of the Receivership Estate ....................................................6

VII.   Retention of Professionals .........................................................................7

VIII.  Receiver's Accounting………………………………………………….7

IX.    Pending and Contemplated Litigation ........................................................9

        A.  Pending Litigation………………………………………………..…….9

        B.  Contemplated Litigation………………………………………..…….9

X.     The Next Ninety Days. ................................................................................9

XI.    CONCLUSION.............................................................................................9

i

## INTRODUCTION

Herbert R. Donica, the Court-appointed receiver over the assets of HRK Holdings, LLC (the "**Receiver**" and the "**Receivership**" or "**Receivership Estate**") files this Second Status Report for the period of August 25, 2021, through December 31, 2021[1] to inform the Court, creditors, and others interested in this Receivership of activities to date as well as the Receiver's proposed course of action.

## BACKGROUND

### I.     Procedure and Chronology

The Piney Point plant (the "**Facility**" or "**Piney Point Site**") is an industrial site in Manatee County, Florida, and the location of a former fertilizer plant. The Facility holds stacks of phosphogypsum, a byproduct of fertilizer production, and pools of polluted water (the "**Stack System**"). The Stack System holds approximately 480 million gallons of process water. The owner of the Piney Point Site, HRK Holdings, LLC, is believed to be insolvent. In November 2020, FORTRESS 2020 LANDCO, LLC, the mortgage holder, initiated foreclosure proceedings on the site (the "**Foreclosure Case**")[2], seeking to recover portions of the property not directly associated with the Stack System. HRK Holdings, LLC has effectively abandoned the Piney Point Site.

In March 2021, a portion of the Stack System began to fail, prompting evacuations on April 1, 2021 followed by the issuance of a state of emergency order on April 3, 2021 by the Governor of Florida. This episode required 221 million gallons of contaminated water to be discharged into Tampa Bay to prevent a collapse of the Stack System.

On August 25, 2021, in the Foreclosure Case, the Manatee Circuit Court entered an order (the "**Order**") (**Doc. No. 77**) appointing Herbert R. Donica as a Receiver to take control of the Facility and oversee its expeditious closure. Pursuant to the Order, the Receiver is charged with "maintain[ing], manag[ing] and clos[ing] as efficiently and expeditiously as possible the Facility in accordance with all applicable State and Federal laws." The purpose of the Receivership is to

---

[1] The Receiver will submit his next Status Report for the calendar quarter ending March 31, 2022 and subsequent reports will be filed within thirty days after the end of each calendar quarter.

[2] Fortress 2020 Landco, LLC v. HRK Holdings, Arsenal Group, William Harley, DEP, Ardaman and Associates, et al., Manatee Circuit Court foreclosure; Case No. 2020-CA-4459.

maintain, repair, and close the Stack System so that it is no longer a threat to public safety and the environment.

## II.        The Receivership Process

In late August 2021, counsel for the Florida Department of Environmental Protection (the "**FDEP**") contacted Mr. Donica to determine his willingness to serve as Receiver in this matter. Mr. Donica informed the FDEP that he would discount the rates charged to clients in private commercial litigation to conserve resources and preserve the Receivership Estate. All the active parties in the Foreclosure Case entered into a stipulation to appoint a Receiver to take control of the property (**Doc. No. 75**). On August 25, 2021, the Court appointed Mr. Donica as Receiver (**Doc. No. 77**).

Although the FDEP recommended Mr. Donica's appointment, the Receiver is an agent of the Court – not an agent or employee of the FDEP. To ensure that the Court is informed of the Receiver's activities, the Order Appointing Receiver (**Doc. No. 77**) requires the Receiver to file Status Reports.

To ensure the activities of the Receiver and his professionals benefit the Receivership Estate or are otherwise appropriate, the Receiver first reviews all invoices and makes any necessary adjustments. The Receiver is required to submit his applications for the payments of fees and costs first to the FDEP for review and then to the Court for approval. The Receiver is in regular communication with his professionals and interested parties to ensure his activities benefit the Receivership Estate or are otherwise necessary.

The Receiver will engage an engineering firm to design the work to close the Stack System. It is anticipated that the engineering firm will assist the Receiver in the development of one or more bid packages for the construction of the work. The Receiver may employ other construction professionals to assist in managing the project.

When the Receiver determines that the project is complete, he will move the Court to close the Receivership. He will also file a final report and accounting. The procedures outlined above are generalized and are subject to change as the Receiver learns more about how the project should be completed. The Receiver is hopeful that these procedures and safeguards will allow him to close the Stack System in an efficient and cost-effective manner. Presently, the Receiver estimates the project to take 4 – 5 years to complete.

"2020CA004459AX" 141712539 Filed at Manatee County Clerk 01/10/2022 07:00:43 PM EST

### III.      Overview of the Receiver's Findings and Actions Taken

The Order Appointing Receiver (**Doc. No. 77**) authorizes, empowers, and directs the Receiver to manage and undertake closure of the Facility. The Order Appointing Receiver (**Doc. No. 77**) also directs the Receiver to provide written notice of any actions materially affecting the Facility. The Receiver has formed preliminary conclusions based on his review of the Facility and discussions with service providers. While the Receiver's review is not complete and this report will likely be amended and augmented in the future, the Receiver believes that the matters reported below are supported by the evidence reviewed to date. Below are the Receiver's preliminary determinations and recommendations:

1) The Stack System holds approximately 400 million gallons of water in three ponds.

2) Before construction can start on the Facility, the Stack System must be drained of the water to permit the placement of equipment and remediation activities.

3) The deep injection well proposed by Manatee County is the most expedient method of draining the water in the Stack System. The deep injection well may take 9-11 months to drill and achieve operational capacity. Unfortunately, the site will experience another rainy season before the deep injection well is placed into service. The technologies currently employed to reduce water levels in the Stack System will not dispose of enough water prior to or during the rainy season to reduce water volumes to safe levels. Elevated water levels result in an exponential increase of hydraulic pressure on the vertical walls of the Stack System, greatly increasing the risk of a side wall failure.

4) Several entities have proposed alternative solutions to reduce water levels. Several of the proposed solutions are based on methodologies to increase evaporation rates by incorporating versions of spraying techniques designed to increase evaporation levels by spraying or misting water several feet into the air to enhance evaporation. The Receiver's engineers and consultants have advised the Receiver that these evaporation technologies may not be effective given the Florida environment.

5) The Receiver has reviewed information and data provided by a company that has developed an innovative evaporation technology. The technology does not incorporate spraying or misting. The Receiver has entered into a memorandum of understanding to allow this company to install and operate a demonstration unit to permit the Receiver and his experts to evaluate the effectiveness of the evaporation process. If the results of the demonstration unit support the vendor's claims of effectiveness, it is likely that the Receiver will negotiate for a larger implementation of the process.

6) Prior to the Receiver's appointment, the FDEP contracted with an engineering firm, Ardaman and Associates, Inc. ("Ardaman"), to initiate preparation of design drawings and specifications, bid packages, bidding process, proposal review, and contractor selection recommendations. The Receiver negotiated assignment of the FDEP contract with Ardaman as well as modifications of the descriptions of some of the assigned tasks.

3

7) After Ardaman completes the engineering plans and the design is approved by the FDEP, the Receiver will solicit bids pursuant to appropriate procurement rules for the construction phase of the project.

## IV.   Funding the Receivership

The FDEP has agreed to provide funding to the Receiver to perform his duties under the Order (**Doc. No. 77**). Accordingly, the FDEP and the Receiver have entered into a Maintenance and Funding Agreement (the "**Agreement**") that outlines the activities to be undertaken by the Receiver and identifies the projects to be managed.

The total anticipated funding of the Agreement is $81,740,367. The State of Florida's performance and obligation to pay under the Agreement is contingent upon an annual appropriation by the Legislature. The Agreement is not a commitment of future appropriations.

## V.   Actions Taken by the Receiver

The First Status Report for the period of August 25, 2021 through October 31, 2021 (**Doc. No. 92**) covered the first 10 weeks of the Receivership. The activities of the Receiver detailed in the First Status Report are incorporated by reference herein. This Second Status Report sets forth the Receiver's activities occurring between November 1 through December 31, 2021. All the Receiver's actions have been done pursuant to the Order Appointing Receiver (**Doc. No. 77**).

### Overview of Significant Activities During this Reporting Period

During the time covered by this Second Status Report, the Receiver and his professionals engaged in the following significant activities:

- Drafted written procurement policies and manual
- Negotiated assignment of a contract for engineering services with Ardaman & Associates, appointed engineer of record
- Revised work assignments with Ardaman to reflect current needs
- Attended site inspection as required by DEP regulations
- Site visits including numerous meetings with Site Manager and on-site personnel
- Concluded open work assignments with an environmental firm working under a high-cost emergency contract
- Negotiated terms with a chemical supplier saving the estate approximately $900,000
- Prepared monthly operating budgets and filed Notices of Filing budgets with the Court (**Doc. Nos. 105 & 106**)

4

- Employed special counsel to assist with procurement rules compliance (**Doc. No. 109**)

- Prepared outlines of procurement requirements and bidding procedures as related to proposed repair/construction activities

- Prepared written responses to requests for information

- Reviewed Analytical Test Reports

- Prepared and filed First and Second Status Reports with the Court (**Doc. Nos. 92 & ----**)

- Prepared and filed Motion to Approve Borrowing, Issue Certificates of Indebtedness, and Modify Agreed Order on Motion to Appoint Receiver (**Doc. No. 102**); attended hearing

- Responded to media inquiries

- Conducted meetings with contractors interested in providing services

- Attended meetings with engineers, DEP executives and contractors concerning construction, operation, and support of deep injection well program

- Attended meetings and reviewed numerous proposals by contractors proposing water management methods

- Performed all necessary accounting tasks including bank account reconciliations, payroll management, payables management, tracking and recording payment of expenses and arranging for auto payment of utilities and cell service

- Prepared monthly financial reports

- Conducted meetings with Site Manager and engineers regarding procurement issues and site repairs

- Summarized procurement regulations to assist engineers with designing procurement strategy and contractor bid packages for site construction/repairs

- Conferred with special counsel regarding proposed procurement strategy

- Negotiated and executed Memorandum of Understanding with developer of innovative evaporation system. Demonstration unit is expected to be installed and operational in January 2022

- Participated in meetings with deep injection well engineers, drilling company executives, Manatee County authorities and FDEP executives regarding need for water treatment facility and support for injection well program

- Settled with chemical supplier in connection with termination of a contract for a significant discount

- Prepared year-end 2021 report and accounting

- Performed extensive administrative tasks relative to day-to-day operations

5

- Attended meetings with the Secretary of the FDEP and the Department's executive team in connection with developing a stack closure strategy
- Terminated a chemical supply contract saving over $1 million
- Met with Manatee County officials in connection with discussions concerning deep injection well and treatment of water for disposal in the County's treatment plant
- Met with engineering firms and other prospective service providers, reviewed proposals
- Prepared budget requests for distributions from the Long Term Care Escrow Fund managed by the FDEP for the monthly operating budgets
- Participated in weekly meetings with engineers and service providers
- Prepared and submitted an engineering and construction budget and formal request for first-quarter 2022 draw from funds earmarked for closure of the Stack System
- Continued to run the day-to-day operations of the property including management of six employees, several service providers, and contractors.

## VI.     **Management of the Receivership Estate**

At the time the Receiver was appointed, there were six employees on site managing the Stack System and related property. The Receiver has retained all on site employees to continue to oversee and maintain the property.

The Receiver has negotiated agreements with key service providers and suppliers.

As part of ongoing water management activities, the Receiver has continued to use the services of a contractor providing an innovative water treatment process. The process requires a substantial amount of chemicals. The Receiver has negotiated pricing and delivery of the chemicals that rate significantly lower than what was previously being paid, resulting in a cost savings of approximately $300,000 per month.

The innovative water treatment process has reduced the levels of nitrogen and phosphorus ("nutrients") in the New Gyp Stack South (NGS-S) by over 90%. By reducing the nutrient levels in the water in the NGS-S, the risk of causing or exacerbating algae and/or red tide outbreaks is substantially reduced if the water is discharged into the bay.[3]

The Receiver is performing all accounting and administrative activities. The Receiver believes that the current staffing is adequate to support the activities of the Receivership, but additional employees may be needed as construction activities are started.

---

[3] The Receiver does not plan to discharge water into the bay unless exigent circumstances require consideration such as an imminent tropical storm, hurricane or a heightened possibility of a Stack sidewall failure.

"2020CA004459AX" 141712539 Filed at Manatee County Clerk 01/10/2022 07:00:43 PM EST

VII.        **Retention of Professionals**

In the Court's initial Order Appointing Receiver (**Doc. No. 77**), the Court allowed the Receiver to employ independent legal counsel to furnish legal advice to the Receiver. The Receiver has employed the Standley Law Office, P.A., (**Doc. No. 107**) and Fox Rothschild LLP (**Doc. No 109**). The Standley Law Office will assist in filing routine pleadings. The Fox Rothschild LLP is a law firm with expertise in complex commercial litigation, insolvency matters, regulatory proceedings, construction law, and federal procurement matters.  Fox Rothschild will primarily assist the Receiver with respect to procurement and contract issues.

The Receiver has engaged consulting engineers on an as needed basis to review and comment on water management issues and methods. The consulting engineers will be used in other capacities such as contractor evaluations and related matters on an as needed basis.

The Receiver is considering the engagement of an independent program manager to coordinate efforts of the various contractors that will be performing construction activities and to provide advice as to logistical issues that will arise.

VIII.       **Receiver's Accounting**

Prior to the appointment of the Receiver on August 25, 2021, HRK Holdings, LLC had a bank account at TD Bank. HRK's TD Bank account was funded by the HRK Long Term Care Fund for the purpose of maintaining site operations. As of August 25, 2021, control of the TD Bank account was transferred to the Receiver. Funds in the TD Bank account were used to partially fund maintenance of continuing operations from August 25 through October 14, 2021. The Receiver established the Receivership bank account (account# 0017) at Axos Bank on August 30, 2021, for deposit and disbursement of funds received from the HRK Long Term Care Escrow Fund.

At the time of the Receiver's appointment, the TD Bank account had a balance of $21,608.91. On August 31, 2021, the HRK Long Term Care Escrow Fund provided additional funding in the amount of $64,665.20 to fund ongoing operations and payroll while the Receiver was establishing financial arrangements for transitioning responsibility for day-to-day operations. The TD Bank account was used to fund $48,996.13 of day-to-day maintenance and operations including payroll from August 25, 2021 through November 5, 2021. On September 13, 2021, $20,000 was wired from the TD Bank account to the Receiver's Axos Bank account 0017 to fund payroll pending receipt of a distribution from the HRK Long-term Care Fund. On November 5, 2021, the TD Bank account had a remaining balance of $20,919.84 which was transferred to the

"2020CA004459AX" 141712539 Filed at Manatee County Clerk 01/10/2022 07:00:43 PM EST

Receiver's Axos Bank account # 0017. HRK maintained a second account at TD Bank to collect contributions from neighboring owners to be used for common area maintenance of shared areas and roads. On November 5, 2021, the second TD Bank account held $5,405.00 which was transferred to the Receiver's Axos Bank account # 0017. An analysis of the TD Bank account is attached as **Exhibit A**.

The Receiver's Axos Bank account # 0017 has been funded as follows:

| | |
|---|---:|
| September 13, 2021 - wire transfer from HRK Holdings TD Bank acct: | $ 20,000.00 |
| September 14, 2021 – Test credit from payroll company | $        1.00 |
| September 15, 2021 - distribution from the HRK Long-term Care Fund: | $ 85,798.07 |
| October 17, 2021    - distribution from the HRK Long-term Care Fund: | $ 45,233.96 |
| October 28, 2021    - distribution from the HRK Long-term Care Fund: | $ 38,666.51 |
| October 28, 2021    - Insurance refund | $      189.00 |
| November 8, 2021  - transfer from HRK's TD Bank accts: | $ 26,324.84 |
| November 18, 2021 - Rent received | $   5,092.00 |
| December 1, 2021  - distribution from the HRK Long-term Care Fund: | $ 38,134.03 |
| December 7, 2021 – Refund – parts | $      370.00 |
| December 24, 2021 - distribution from the HRK Long-term Care Fund: | $  43,213.35 |
| **Total deposits into the Receiver's Axos Bank account # 0017 From August 25 through Dec 31, 2021:** | **$303,022.76** |

The Receiver's Axos Bank account # 0017 was used to fund **$221,122.92** of day-to-day maintenance and operations from September 13, 2021 through December 31, 2021. An analysis of the Axos Bank account # 0017 is attached as **Exhibit B-1** and a Summary of Deposits and Disbursements is attached as **Exhibit B-2.**

On October 22, 2021, the Receiver received a draw for the 3rd Quarter of 2021 from funds earmarked for closure of the Stack System. This initial draw of $17,095,067.00 was deposited into a separate interest-bearing account with Axos Bank, account # 0025 and is to be used to fund closure of the Piney Point site. As of December 31, 2021, $8,300,038.22 has been disbursed from account # 0025, primarily for site maintenance and water management activities. An analysis of the Axos Bank account # 0025 is attached as **Exhibit C**.

Funding and disbursements activities for accounts numbered 0017 and 0025 will be accounted for separately. Funds spent for closure of the Stack System (account # 0025) are

8

separately reported and are subject to an annual audit by an independent CPA firm. The Receiver's comprehensive accounting incorporating the activity of all accounts from August 25, 2021, through December 31, 2021 is attached hereto as **Exhibit D**.

### IX.  Pending and Contemplated Litigation

A.  Pending Litigation.

The Receivership is not currently involved in any litigation. At the time that the Receiver was appointed, there were four pending cases involving HRK Holdings, LLC. The receivership is not a party to any of the cases. These matters were discussed in the Receiver's First Status Report (**Doc. No.  92**).

The Manatee Circuit Case No. 2020-CA-4459, *Fortress 2020 Landco, LLC v. HRK Holdings, Arsenal Group, William Harley, DEP, Ardaman and Associates, et al*., is a foreclosure case brought by the mortgage holder, Fortress 2020 Landco, LLC against HRK. On August 24, 2021, the parties stipulated to the appointment of the Receiver (**Doc. No. 75**). The case has been informally stayed pending a proposal to permit Fortress to foreclose on selected parcels after an engineering plan is approved that will also determine the Receiver's ingress and egress needs.

B.  Contemplated Litigation.

The Receivership is not anticipating any litigation currently.

### X.  The Next Ninety Days.

During the next 90 days, the Receiver will continue to collaborate with engineers to develop the Stack System Closure plan and bids for the related construction work. The Receiver will also continue to review and employ methods to decrease the water levels in the Stack System until the deep injection well project commences operations. The Receiver will provide a more definitive time estimate as his analysis progresses.

### XI.  Conclusion.

The Receiver has received an enormous number of emails and telephone inquiries and has had to expend significant resources to address them. However, the Receiver continues to encourage individuals or entities having information helpful in closing the Stack System to email him at **herb@donicalaw.com**.

**RESPECTFULLY SUBMITTED** this 10th day of January 2022.

9

**DONICA RECEIVERSHIP SERVICES, LLC**
238 East Davis Boulevard, Suite 209
Tampa, Florida 33606
Telephone: (813) 878-9790
Facsimile:   (813) 878-9746
e-mail:  herb@donicalaw.com

By:  */s/ Herbert R. Donica*
      Herbert R. Donica, Receiver

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2022, the undersigned has electronically filed the foregoing with the Clerk of the Court using the Florida Courts E-Portal which will provide a copy via email to counsel and parties of record.

.

      */s/ Herbert R. Donica*
      Herbert R. Donica, Receiver

# <u>INDEX OF EXHIBITS</u>

Exhibit A      Analysis of TD Bank Account 08/25/2021 - 11/05/2021

Exhibit B-1    Analysis of Axos Bank Account #0017
               08/25/2021 - 12/31/2021

Exhibit B-2    Summary of Deposits and Disbursements-Axos Bank Account #0017
               08/25/2021 - 12/31/2021

Exhibit C      Analysis of Axos Bank Account #0025
               08/25/2021 - 12/31/2021

Exhibit D      Comprehensive Accounting - 08/25/2021 - 12/31/2021

**HRK's TD Bank Account 08-25-2021 through 11-05-2021**

**Analysis of TD Bank Account 08/25/2021 through 11/05/2021**

| | |
|---|---|
| Beginning Balance 08/25/2021 | 21,608.91 |

Deposits:

| | |
|---|---|
| DEP Funding 08/31/2021 | 64,665.20 |
| ATM 08/03/2021  249.47 | |
| ATM 09/09/2021 | 3,641.86 |
| Cash Available | 89,915.97 |

Disbursements:

| | |
|---|---|
| Monitoring - Analytical | -7,086.26 |
| Process Water Operations | -6,004.00 |
| Utilities | -7,183.77 |
| Employee Wages | -12,606.43 |
| Office Supplies | -729.98 |
| Maintenance | -8,924.91 |
| Misc. | -6,460.78 |
| | |
| Total Disbursements for Operations 08/25 - 11/05/2021 | -48,996.13 |
| | |
| Transfer to Receiver's Account Axos Bank # 0017 09/13/2021 | -20,000.00 |
| | |
| Total Disbursements | -68,996.13 |
| | |
| Balance of Funds in TD Bank - 11/05/2021 | $20,919.84 |
| | |
| Transfer to Axos account # 0017 | -$20,919.84 |
| Ending Balance 11/05/2021 | $0.00 |

**EXHIBIT A**

1

**Axos Bank Account # 0017 Transaction Allocations 09-13-2021 through 12/31/2021**

EXHIBIT B-1

**Axos Bank Account # 0017 Transaction Allocations 09-13-2021 through 12/31/2021**

| Date | Description | Sold to / Payee | Cleared Date | UTC | Receipt | Disbursement | Accounting Expenses 3110 | Admin Expenses 3100 | Bank Charges 3030 | Construction Wages 3153 | Employee Wages 3050 | Engineering 3060 | Maintenance and repairs 3170 | Monitoring/Analytical 3180 | Process/Office Supplies 3090 | Water Operations 3200 | Travel Expenses 3165 | Utilities 3020 | Legal Fees 3040 | Court and Receiver Fees 3058 | Receiver Fees 3060 | Water Expenses 3072 | Management 3055 | Misc. 3090 |
|------|-------------|-----------------|--------------|-----|---------|--------------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 12/29/21 | Debit Card Transaction | THE HOME DEPOT | 11/29/21 | 3270 | | 574.22 | | | | | | | 574.22 | | | | | | | | | | | |
| 12/29/21 | Debit Card Transaction | TRUIST PALMETTO | 11/29/21 | 3270 | | 90.03 | | | | | | | 90.03 | | | | | | | | | | | |
| 12/29/21 | Debit Card Transaction | NORMAN FREIGHT TOOLS | 11/29/21 | 3270 | | 412.08 | | | | | | | 412.08 | | | | | | | | | | | |
| 12/29/21 | OUT SETTLEMENT [30480] | LB PLUMBING | 11/29/21 | 3270 | | 185.00 | | | | | | | 185.00 | | | | | | | | | | | |
| 12/29/21 | 200 - POS Signed Transaction | LB PLUMBING | 11/29/21 | 3270 | | 185.00 | | | | | | | 185.00 | | | | | | | | | | | |
| 12/29/21 | POS Debit - PH [0100] F | MLN PH4 Pmt at KIA BLANKET | 11/29/21 | 3270 | | 52.40 | | | | | | | 52.40 | | | | | | | | | | | |
| 12/29/21 | OUT SETTLEMENT [30480] | UPS | 11/29/21 | 3270 | | 17.40 | | | | | | | | | 17.40 | | | | | | | | | |
| 12/29/21 | POS Debit - PH [0100] F | APOLLO RENTAL CENTER | 11/29/21 | 3270 | | 42.00 | | | | | | | 42.00 | | | | | | | | | | | |
| 12/29/21 | POS Debit - PH [0100] F | The Home Depot | 11/29/21 | 3270 | | 292.21 | | | | | | | 292.21 | | | | | | | | | | | |
| 12/29/21 | POS Debit - PH [0100] F | Pubs 4 Super Mar | 11/29/21 | 3270 | | 29.00 | | | | | | | 29.00 | | | | | | | | | | | |
| 12/29/21 | OUT SETTLEMENT [30480] | Exxon Chemical | 11/29/21 | 3270 | | 586.14 | | | | | | | 586.14 | | | | | | | | | | | |
| 12/29/21 | Transfer of Funds | Transfer from Acct # xxxx0035 | 11/29/21 | 0000 | | | | | | | | | | | | | | | | | | | | |
| 12/29/21 | POS Debit - PH [0100] F | AUTOZONE | 11/27/21 | 3270 | | 0.44 | | | | | | | 0.44 | | | | | | | | | | | |
| 12/29/21 | OUT SETTLEMENT [30480] | COUNCIL OF OHIO | 11/27/21 | 3270 | | 580.50 | | | | | | | | | | 580.50 | | | | | | | | |
| 12/30/21 | | 5-Ecretaria Receivership Services | 12/21/21 | 3200 | 38,336.26 | | | | | | | | | | | | | | | | | | | |
| 12/30/21 | POS Debit - PH [0100] F | The Home Depot | 12/21/21 | 3200 | | 94.54 | | | | | | | 94.54 | | | | | | | | | | | |
| 12/30/21 | LZ1 LPL "uning, Trading, services | LB Plumbing, LLC | 12/21/21 | 3270 | | 1,210.00 | | | | | | | 1,210.00 | | | | | | | | | | | |
| 12/30/21 | 7519 Computer matter services, inc | Acendio A Consulting | 12/21/21 | 3200 | | 750.00 | | | | | | | | | | 750.05 | | | | | | | | |
| 12/30/21 | 5/411 Grocery stores | Pubs 4 Super Market | 12/21/21 | 3200 | | 33.57 | | | | | | | | | | | | | | | | | 33.57 | |
| 12/30/21 | 5342 Bookstores | AMAZON MKTP | 12/21/21 | 3270 | | 35.29 | | | | | | | 35.29 | | | | | | | | | | | |
| 12/30/21 | Debit Card Transaction | TRUIST PALMETTO | 12/21/21 | 3270 | | 246.47 | | | | | | | 246.47 | | | | | | | | | | | |
| 12/30/21 | | CHEVRON | 12/26/21 | 3270 | | 42.00 | | | | | | | 42.00 | | | | | | | | | | | |
| 12/30/21 | Debit Card Transaction | THE HOME DEPOT | 12/26/21 | 3270 | | 175.31 | | | | | | | 175.31 | | | | | | | | | | | |
| 12/30/21 | LZ1 LPL "uning, Trading, services | LB PLUMBING, LLC | 12/27/21 | 3200 | 195.00 | 0.00 | | | | | | | | | | | | | | | | | | 0.00 |
| 12/30/21 | LZ1 LPL "uning, Trading, services | LB PLUMBING, LLC | 12/27/21 | 3200 | 195.00 | 0.00 | | | | | | | | | | | | | | | | | | 0.00 |
| 12/30/21 | | Circle K | 12/27/21 | 3270 | | 41.00 | | | | | | | 41.00 | | | | | | | | | | | |
| 12/30/21 | Invoice # 0100399-N | 32032 R Fothering Corporation | 12/31/21 | 3270 | | 1,929.12 | | | | | | | 1,929.12 | | | | | | | | | | | |
| 12/30/21 | OUT SETTLEMENT [30480] | COUNCIL OF OHIO | 12/28/21 | 3200 | | 296.50 | | | | | | | | | | 296.50 | | | | | | | | |
| 12/30/21 | | 5200 | The Home Depot | 12/26/21 | 3270 | | 597.46 | | | | | | | 597.46 | | | | | | | | | | | |
| 12/30/21 | 200 - POS Signed Transaction | R Fothering Corporation | 12/26/21 | 3270 | | 1,997.00 | | | | | | | 1,997.00 | | | | | | | | | | | |
| 12/30/21 | Dry Vendor - recurring pm. T291 WRR Holding, LLC | 32013 Yokoh. Tec Technical Services | 12/26/21 | 3270 | | 575.00 | | | | | | | 575.00 | | | | | | | | | | | |
| 12/30/21 | Meeting on Dec 2, 2021 Inv. 2499 | 32014 Regency Reporting Services Inc. | 11/16/21 | 3350 | | 105.30 | | | | | | | | | | | | | 105.30 | | | | | | |
| 12/30/21 | PP Invoice ) Payment [ECC GH] | PP Invoice Inst | 12/24/21 | 3270 | | 12.83 | | | | | | | | | 12.83 | | | | | | | | | | |
| 12/30/21 | | Johnny Walker Tire Pit Inh | 12/24/21 | 3270 | | 89.88 | | | | | | | 89.88 | | | | | | | | | | | |
| 12/30/21 | 200 - POS Signed Transaction | LB PLUMBING | 12/24/21 | 3270 | | 1,560.00 | | | | | | | 1,560.00 | | | | | | | | | | | |
| 12/30/21 | 561 - ACH Debit | FLA DEPT REVENUE | 12/24/21 | 3270 | | 304.00 | | | | | | | 304.00 | | | | | | | | | | | |
| 12/30/21 | 200 - POS Signed Transaction | Circle K | 12/26/21 | 3270 | | 65.00 | | | | | | | 65.00 | | | | | | | | | | | |
| 12/30/21 | 206 - Recurring Debit Crd - DDA | FLA EXU RAAPP.COM | 12/26/21 | 3700 | | 38.00 | | | | | | | | | | | | | | | 38.00 | | | | |
| 12/30/21 | | 32015 Kuh. Jeff Bands | 12/29/21 | 3700 | | 193.00 | | | | | | | | | | | | | | | 193.00 | | | | |
| 12/31/21 | | 5200 | The Home Depot | 12/27/21 | 3270 | | 106.43 | | | | | | | 106.43 | | | | | | | | | | | |
| 12/31/21 | | 5200 | The Home Depot | 12/27/21 | 3270 | | 106.43 | | | | | | | 106.43 | | | | | | | | | | | |
| 12/29/21 | 200 - POS Signed Transaction | Amazon Prime | 12/29/21 | 3200 | | 13.07 | | | | | | | | | | | | | | | | | | 13.07 |
| 12/29/21 | 206 - Recurring Debit Crd - DDA | AT&T Mobility Pay | 12/29/21 | 3700 | | 390.36 | | | | | | | | | | 390.75 | | | | | | | | | |
| 12/29/21 | Inv. # 10079 Haul Pastry increase comp | 32016 Blue Oak Family Farm, LLC | 12/29/21 | 3700 | | 300.00 | | | | | | | | | | 300.00 | | | | | | | | | |
| 12/29/21 | 200 - POS Signed Transaction | Pubs 4 Super Market | 12/29/21 | 3200 | | 44.02 | | | | | | | | | | | | | | | | | 44.02 | |
| 12/29/21 | 206 - Recurring Debit Crd - DDA | VONAGE OPERATORS.COM | 12/29/21 | 3700 | | 36.95 | | | | | | | | | | 36.95 | | | | | | | | | |
| 12/29/21 | 200 - POS Signed Transaction | The Home Depot | 12/29/21 | 3270 | | 98.03 | | | | | | | 98.03 | | | | | | | | | | | |
| 12/29/21 | 209 - POS Debit - DDA | Murphy 3444 at Walmart | 12/29/21 | 3270 | | 50.00 | | | | | | | 50.00 | | | | | | | | | | | |
| 12/29/21 | | 32017 B'ce a Dept. of Environments Prot | 12/29/21 | 3700 | | 7,700.00 | | | | | | | | | | | | | | | | | | 7,700.00 |
| 12/29/21 | | 5-Ecretaria Receivership Services | 12/29/21 | 3200 | 43,213.05 | | | | | | | | | | | | | | | | | | | |
| 12/29/21 | 209 - POS Debit - DDA | Murphy 3444 at Walmart | 12/29/21 | 3270 | | 55.01 | | | | | 55.01 | | | | | | | | | | | | | |
| 12/29/21 | Reversal | 32015 Kuh. Jeff Bands | 12/29/21 | 3700 | | 286.41 | | | | | | | | | | 286.41 | | | | | | | | | |
| 12/29/21 | | | 12/29/21 | 3200 | | 355.63 | | | | | | | | | | | | | | | | | | 355.63 |
| 12/29/21 | | | 12/29/21 | 3270 | | 230.13 | | | | | | | | | | | 230.13 | | | | | | | | |
| 12/29/21 | | | 12/29/21 | 3270 | | -230.90 | | | | | | | | | | | -230.90 | | | | | | | | |
| 12/29/21 | | | 12/29/21 | 3270 | | 90.24 | | | | | | | 90.24 | | | | | | | | | | | |

| | Total Deposits | Total Disbursements | | | | | | | | | | | | | | | | | | | | | | |
| 12/31/21 | 309,332.76 | 229,122.52 | | | | | | | | | | | | | | | | | | | | | | |
| | | $24,899.44 | Balance of Cash on Hand 12/31/2021 | | | | | | | | | | | | | | | | | | | | | |

**EXHIBIT B-1**

Receiver's Axos Bank Account # 0017 09/13/2021 THROUGH 12/31/2021
SUMMARY OF DEPOSITS AND DISBURSEMENTS

Beginning Balance 09/13/2021:                                            $0.00

Deposits:

September 13, 2021 - wire transfer from HRK Holdings TD Bank acct:      20,000.00
September 14, 2021 - test credit - payroll company                          1.00
September 15, 2021 - distribution from the HRK Long-term Care Fun        85,798.07
October 17, 2021    - distribution from the HRK Long-term Care Fund      45,233.96
October 28, 2021 - Insurance refund                                        189.00
October 28, 2021    - distribution from the HRK Long-term Care Fund      38,666.51
November 8, 2021  - transfer from HRK's TD Bank accts:                   26,324.84
November 18, 2021 - Rent received                                         5,092.00
December 1, 2021  - distribution from the HRK Long-term Care Fund        38,134.03
December 7, 2021 - refund parts                                            370.00
December 24, 2021 - distribution from the HRK Long-term Care Func        43,213.35
                           Cash Available:                              $303,022.76

Disbursements:

        Construction                                                     44,780.00
        Employee Wages                                                   76,569.62
        Engineering                                                       4,809.00
        Maintenance and repairs                                          31,246.98
        Monitoring - Analytical                                          21,625.28
        Office Supplies                                                   8,032.77
        Process Water Operations                                         7,903.00
        Travel Expenses                                                       0.00
        Utilities                                                        17,455.39
        Legal Fees                                                           0.00
        Legal Costs and Expenses                                            105.00
        Receiver Fees                                                        0.00
        Receiver Expenses                                                    0.00
        Water Management                                                    859.78
        Misc.                                                             7,736.10
                                                                       $221,122.92

             Bank Balance per books 12/31/2021              $81,899.84

# EXHIBIT B-2

### Axos Bank Account # 0025 Transaction Allocations 10-21-2021 through 12/31/2021

| Date | Type | Description | Serial # | Payee | UTC | Receipt | Disbursement | Balance | Employee Construction 3313 | Wages 3259 | Engineering 3260 | Maintenance and Repairs 3370 | Monitoring - Analytical 3269 | Travel Expenses 3320 | Utilities 3259 | Receiver Legal Fees 3243 | Receiver Expenses 3370 | Water Management 3380 | Misc. 3259 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/21 | Deposit | End Qtr Funding | | 1302 State of Florida - Dept of Financial Services | 1230 | 17,091,367.00 | | 17,091,367.00 | | | | | | | | | | | |
| 10/21/21 | Outgoing Wire Transfer | Vendor Payment | 3380 | Allied Universal Corporation | | | 16,776.23 | 17,074,590.77 | | | | | | | | | | 16,776.23 | |
| 10/21/21 | Outgoing Wire Transfer | Pay Vendor | 3380 | Phosphorus-Free Water Solutions | | | 587,307.89 | 16,491,282.97 | | | | | | | | | | 587,307.89 | |
| 10/21/21 | Outgoing Wire Transfer | Pay Vendor | 3380 | Allied Universal Corporation | | | 20,904.14 | 16,471,228.83 | | | | | | | | | | 20,904.14 | |
| 11/01/21 | Outgoing Wire Transfer | Pay Vendor | 3380 | Allied Universal Corporation | | | 21,341.06 | 16,449,917.77 | | | | | | | | | | 21,341.06 | |
| 11/01/21 | Outgoing Wire Transfer | | 3380 | Allied Universal Corporation | | | 11,918.80 | 16,438,698.97 | | | | | | | | | | 11,918.80 | |
| 12/04/21 | Outgoing Wire Transfer | | 3243 | Gamez Environmental Services | | | 1,295,488.27 | 15,143,410.70 | 1,295,488.27 | | | | | | | | | | |
| 11/04/21 | Outgoing Wire Transfer | Pay Vendor | 3380 | | | | 2,344.06 | 15,126,966.62 | | | | | | | | | | 2,344.06 | |
| 11/09/21 | Outgoing Wire Transfer | | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 29,699.82 | 15,114,166.75 | | | | | | | | | | 29,699.82 | |
| 11/09/21 | Outgoing Wire Transfer | | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 191,474.21 | 14,924,712.58 | | | | | | | | | | 191,474.21 | |
| 11/11/21 | Outgoing Wire Transfer | | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 24,676.01 | 14,900,066.57 | | | | | | | | | | 24,676.01 | |
| 11/11/21 | Outgoing Wire Transfer | | 3243 | Chesapeake Containment Systems | | | 57,515.00 | 14,842,551.57 | 57,515.00 | | | | | | | | | | |
| 11/11/21 | Outgoing Wire Transfer | | 3243 | Gamez Environmental Services | | | 957,789.90 | 13,884,761.67 | 957,789.90 | | | | | | | | | | |
| 11/16/21 | Outgoing Wire Transfer | | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 41,727.62 | 13,843,034.04 | | | | | | | | | | 41,727.62 | |
| 11/12/21 | Check | Account: # 31694-60201 | | 10200 FPL | | | 14,133.71 | 13,828,900.29 | | | | | | | 14,133.71 | | | | |
| 11/17/21 | Check | Account: # 67839-64749 | | 10202 FPL | | | 48.83 | 13,829,473.46 | | | | | | | 48.83 | | | | |
| 11/19/21 | Outgoing Wire Transfer | | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 2,688.91 | 13,822,674.55 | | | | | | | | | | 2,688.91 | |
| 11/19/21 | Check | Account: 22794-2-133399 | | 10208 Manatee County Utilities Dept. | | | 27,941.72 | 13,795,832.83 | | | | | | | 27,941.72 | | | | |
| 11/22/21 | Outgoing Wire Transfer | | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 387,671.83 | 13,407,961.01 | | | | | | | | | | 387,671.83 | |
| 11/22/21 | Check | Survey Inv. 2201-442 SS - taf Piney Poi | 3243 | 10204 Clemons Surveying, Inc. | | | 3,000.00 | 13,404,961.01 | 3,000.00 | | | | | | | | | | |
| 11/22/21 | Check | | 3380 | 10206 Mazza Industries, Inc. | | | 6,487.56 | 13,398,473.45 | 6,487.56 | | | | | | | | | | |
| 11/22/21 | Outgoing Wire Transfer | | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 27,434.82 | 13,371,038.63 | | | | | | | | | | 27,434.82 | |
| 11/29/21 | Outgoing Wire Transfer | ACH Debit | 3253 | NATIONAL EMPLOYEE | | | 0.50 | 13,371,938.13 | | 0.59 | | | | | | | | | |
| 11/29/21 | Outgoing Wire Transfer | ACH Debit | 3253 | NATIONAL EMPLOYEE | | | 0.50 | 13,371,937.62 | | 0.59 | | | | | | | | | |
| 11/29/21 | Interest Posting | Interest | | Axos Bank | 1,397.14 | | | 13,372,334.77 | | | | | | | | | | | |
| 11/29/21 | Transfer Out | Transfer of Funds | 3253 | Transfer to Acct # axxxxx0017 | | | 16,357.82 | 13,355,796.95 | | 16,357.82 | | | | | | | | | |
| 11/29/21 | Outgoing Wire Transfer | ACH Credit | 3253 | NATIONAL EMPLOYEE COD | 1.09 | | | 13,355,797.95 | | 0.09 | | | | | | | | | |
| 12/28/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3260 | TETRA TEC C, INC | | | 4,098.00 | 13,351,699.95 | | | 4,098.00 | | | | | | | | |
| 12/28/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 27,364.04 | 13,324,335.91 | | | | | | | | | | 27,364.04 | |
| 11/29/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 398,913.07 | 12,933,322.84 | | | | | | | | | | 398,913.07 | |
| 12/01/21 | Check | Pay Vendor | | 10206 Benchmark Environanalytical, Inc. | | | 4,219.25 | 12,929,109.59 | | | | | 4,219.25 | | | | | | |
| 12/01/21 | Check | | | 10207 Dr. Ping Zhang | | | 11,221.00 | 12,917,882.59 | | | | | 11,221.00 | | | | | | |
| 12/01/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | DONACA RECEIVERSHIP SERVICES | | | 110,848.15 | 12,807,034.44 | | | | | | | | | 110,848.15 | | |
| 12/01/21 | Check | | 3380 | 10203 Standley Law Office, P.A. | | | 2,750.00 | 12,804,284.44 | | | | | | | | 2,750.00 | | | |
| 12/01/21 | Check | | 3380 | 10208 IPMER Engineering, Inc. | | | 1,800.00 | 12,802,484.44 | | | | 1,800.00 | | | | | | | |
| 12/01/21 | Check | | 3322 | 10209 Doug Thomas | | | 64.56 | 12,802,419.48 | | | | | | | 64.56 | | | | |
| 12/01/21 | Check | | 3373 | 10211 Harrison & Standley | | | 450.00 | 12,801,969.46 | | | | | | | | | 450.00 | | |
| 12/03/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | SAFEWAY, INC | | | 42,427.72 | 12,759,541.76 | | | | | | | | | | 42,427.72 | |
| 12/03/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 43,971.30 | 12,715,670.46 | | | | | | | | | | 43,971.30 | |
| 12/06/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3243 | GARNER ENVIRONMENTAL S'EN CES | | | 1,036,274.52 | 11,697,995.94 | 1,008,674.52 | | | | | | | | | | |
| 12/07/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 22,338.46 | 11,674,757.48 | | | | | | | | | | 22,338.46 | |
| 12/06/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3243 | GAM ZE ENV RONMENTAL SERVICES | | | 832,742.36 | 10,841,994.12 | 832,742.36 | | | | | | | | | | |
| 12/06/21 | Outgoing Wire Transfer | ACH Debit | 3253 | NATIONAL EMPLOYEE | | | 16,106.08 | 10,825,988.04 | | 16,106.08 | | | | | | | | | |
| 12/07/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 16,108.86 | 10,809,579.68 | | | | | | | | | | 16,108.86 | |
| 12/07/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 383,559.19 | 10,426,220.49 | | | | | | | | | | 383,559.19 | |
| 12/13/21 | Outgoing Wire Transfer | 183 - ACH Debit - TFL | | -RKO-CONNERS L, C O'? | | | 35.96 | 10,426,184.51 | | | | | | | 35.96 | | | | |
| 12/13/21 | Outgoing Wire Transfer | 183 - ACH Debit - TFL | 3313 | -RKO-CONNERS L, C O'? | | | 325.46 | 10,425,928.05 | | | | | | | 325.46 | | | | |
| 12/13/21 | Outgoing Wire Transfer | 183 - ACH Debit - TFL | 3380 | -RKO-CONNERS L, C O'? | | | 6,547.29 | 10,419,291.66 | | | | | | | 6,547.29 | | | | |
| 12/16/21 | Check | Inv. # P 21-12.14 | 3260 | 10212 IPMER Engineering, Inc. | | | 1,212.50 | 10,418,079.16 | | | 1,212.50 | | | | | | | | |
| 12/16/21 | Check | | 3373 | 10213 Hydrofloxwaters, LLC | | | 3,287.50 | 10,414,791.66 | | | | 3,287.50 | | | | | | | |
| 12/16/21 | Outgoing Wire Transfer | 111 - Wire Transfer Debit | | INL JAAMS SCOTTSMAN, INC. | | | 2,424.97 | 10,412,366.69 | | | | 2,424.97 | | | | | | | |
| 12/16/21 | Outgoing Wire Transfer | 111 - Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 10,609.92 | 10,401,756.77 | | | | | | | | | | 10,609.92 | |
| 12/20/21 | Check | Acct # 223842-133399 | | 10214 Manatee County Utilities Dept. | | | 14,208.04 | 10,387,348.72 | | | | | | | 14,208.04 | | | | |
| 12/29/21 | Check | Acct # 223842-60306 | | 10215 Manatee County Utilities Dept. | | | 458.10 | 10,387,869.22 | | | | | | | 458.10 | | | | |
| 12/20/21 | Outgoing Wire Transfer | 111 - Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 27,589.27 | 10,359,549.96 | | | | | | | | | | 27,589.27 | |
| 12/21/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | SAFEWAIE, INC | | | 300,000.00 | 10,059,549.96 | | | | | | | | | | 300,000.00 | |
| 12/21/21 | Outgoing Wire Transfer | 183 - ACH Debit | 3253 | NATIONAL EMPLOYEE | | | 17,587.71 | 13,041,962.25 | | 17,587.71 | | | | | | | | | |
| 12/21/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 192,736.81 | 3,846,225.44 | | | | | | | | | | 192,736.81 | |
| 12/21/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3243 | GARNER ENVIRONMENTAL S'EN CES | | | 853,233.24 | 6,994,992.20 | 613,233.24 | | | | | | | | | | |
| 12/16/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | ALLIED UNIVERSAL CORPORAT O'N | | | 10,491.37 | 9,984,460.83 | | | | | | | | | | 10,491.37 | |
| 12/29/21 | Outgoing Wire Transfer | Wire Transfer Debit | 3380 | PHOSPHORUS-FREE WATER SOLUTION | | | 186,433.91 | 9,794,526.92 | | | | | | | | | | 186,433.91 | |
| 12/21/21 | Interest Posting | Interest | | Axos Bank | 890.62 | | | 9,797,967.54 | | | | | | | | | | | |
| | | | | | 17,092,265.76 | | 8,300,398.22 | | 5,904,861.85 | 33,262.61 | 7,110.50 | 5,712.47 | 1,440.25 | | 64.56 | 59,920.67 | 2,750.00 | 110,848.15 | 450.00 | 2,031,736.89 | 0.09 |
| | | | | | | 8,791,867.54 | | Ending Balance 12/31/2021 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | **Total** | **8,590,398.22** | |

EXHIBIT C

"2020CA004459AX" 141712539 Filed at Manatee County Clerk 01/10/2022 07:00:43 PM EST

**COMPREHENSIVE ACCOUNTING 08/25/2021 THROUGH 12/31/2021**

Beginning Balances (08/25/2021):

| | | |
|---|---:|---:|
| TD Bank - operating account | 21,608.91 | |
| TD Bank - CAM account | 5,405.00 | |
| Axos Bank Accnt 0017 | 0.00 | |
| Axos Bank Accnt 0025 | <u>0.00</u> | |
| | | 27,013.91 |

Deposits:

| | | |
|---|---:|---:|
| TD Bank - operating | 68,307.06 | |
| Axos Bank Accnt 0017 | 303,022.76 | |
| Axos Bank Accnt 0025 | 17,095,068.00 | |
| Transfers from TD Bank | -46,324.84 | |
| Axos Bank Accnt 0025 Interest | <u>1,987.76</u> | |
| | | <u>17,422,060.74</u> |

| | |
|---|---:|
| Total Funds Available | 17,449,074.65 |

Disbursements:

| | |
|---|---:|
| Construction | 5,069,641.85 |
| Employee Wages | 139,228.66 |
| Engineering | 11,919.50 |
| Maintenance and Repairs | 45,884.36 |
| Monitoring Analytical | 44,151.79 |
| Office Supplies | 8,762.75 |
| Process Water Operations | 13,907.00 |
| Travel Expenses | 64.96 |
| Utilities | 73,649.79 |
| Legal Costs and Expenses | 2,855.00 |
| Receiver Fees | 110,848.15 |
| Receiver Expenses | 450.00 |
| Water Management | 3,034,596.58 |
| Miscellaneous | 14,196.88 |

| | |
|---|---:|
| Total Disbursements for Operations 12/31/2021 | <u>-8,570,157.27</u> |

| | |
|---|---:|
| Balance of Funds in All Accounts | <u>8,878,917.38</u> |

**EXHIBIT D**