UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTER OF BIOLOGICAL DIVERSITY, *et al*.,

    Plaintiffs,

v.                                           CASE NO. 8:21cv1521-WFJ-CPT

GOVERNOR RON DESANTIS, *et al*.,

    Defendants.
_____/

## ORDER

The Court finds that Daniel Snyder has been admitted pro hac vice and permits Mr. Snyder to bring a laptop computer and cellular telephone into the courthouse for a hearing on February 15, 2022.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) **Daniel Snyder** shall be permitted to bring one cellular telephone and one laptop into the courthouse on February 15, 2022. The electronic devices are subject to inspection and exclusion, at the security officers' sole discretion, at any time by security personnel.

**DONE AND ORDERED** at Tampa, Florida, on February 15, 2022.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers
Plaintiff, *pro se*
Counsel of record