**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:21-cv-1521-WFJ-CPT | DATE: February 15, 2022 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,**<br><br>   Plaintiffs<br><br>v.<br><br>**GOVERNOR RON DESANTIS, et al.,**<br><br>   Defendants | **PLAINTIFF COUNSEL**<br>Daniel C. Snyder<br>Jaclyn Lopez<br><br><br><br>**DEFENDANT COUNSEL**<br>Jesse Michael Panuccio<br>Kevin S. Hennessy<br>Nicholas John Peter Meros<br>Jesse Ray | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 9:32 AM – 11:09 AM, 11:20 AM – 1:20 PM<br>**TOTAL:** 3 Hours 37 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   MOTION HEARING

Court called to order.

Counsel identified for the record.

Defense counsel Mr. Panuccio, Mr. Meros, Mr. Hennessy and Mr. Ray addressed the Court.

Court in recess.

Court back in session.

Plaintiff counsel Mr. Snyder addressed the Court.

Rebuttal argument made from Defense counsel Mr. Panuccio, Mr. Meros, and Mr. Hennessy.

The court takes this matter into advisement. Court adjourned.