IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS,<br><br>*and* SHAWN HAMILTON, *in his official capacity as* SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>    *Defendants*. | Case No. 8:21-cv-1521-WFJ-CPT<br><br>**DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF CONCERNING REGULATION OF PINEY POINT UNDER THE FEDERAL WATER POLLUTION CONTROL ACT** |

I, Daniel C. Snyder, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. This declaration is based on my personal knowledge.

2. I am lead counsel for Plaintiffs in the above-captioned case.

3. On February 18, 2022, Plaintiffs modified an existing public records request under the Freedom of Information Act ("FOIA") with the United States Environmental Protection Agency, Region 4 ("EPA") to request a copy of the last National Pollutant Discharge Elimination System ("NPDES") permit issued for the

Piney Point Phosphate Facility, located at 13300 Highway 41 North, Palmetto, FL 34221.

4. On February 20, 2022, EPA produced one record in response to the modified FOIA Request. The record is the same 26-page 1999 NPDES permit issued by the Florida Department of Environmental Protection to Piney Point Phosphates, Inc. that Defendant Secretary Shawn Hamilton seeks to have judicially noticed. *See* ECF No. 52 at 181-207.

5. A true and correct copy of the 1999 NPDES permit produced by EPA is attached hereto as Exhibit A.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated February 25, 2022.

Daniel C. Snyder

### CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties and their counsel of record in this case.

/s/ Daniel C. Snyder
Daniel C. Snyder, *pro hac vice*