IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>  *Plaintiffs*,<br><br>    *v.*<br><br>GOVERNOR RON DeSANTIS, *and* SHAWN HAMILTON, *in his official capacity as* SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, *and* HRK HOLDINGS, LLC, *and* MANATEE COUNTY PORT AUTHORITY,<br><br>  *Defendants*. | Case No. 8:21-cv-1521-WFJ-CPT<br><br>**DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFFS' FIRST STATUS REPORT** |

I, Daniel C. Snyder, hereby declares as follows:

  1.  I am over the age of eighteen and competent to make this declaration. This declaration is based on my personal knowledge.

  2.  I am lead counsel for Plaintiffs in the above-captioned case.

  3.  Attached hereto as Exhibit A is a true and correct copy of OGC No. 21-0323. This document was obtained from public records available online.

  4.  Attached hereto as Exhibit B is a true and correct copy of Updated Conceptual Closure Plan for Ponds NGS-N, NGS-S, OGS-N and OGS-S In

Response to FDEP Request for Additional Information, March 25, 2022. This document was obtained from public records available online.

5. Attached hereto as Exhibit C is a true and correct copy of OGC No. 22-0468. This document was obtained from public records available online.

6. Attached hereto as Exhibit D is a true and correct copy of Revised NGSS Leak Repairs, March 29, 2022. This document was obtained from public records available online.

7. Attached hereto as Exhibit E is a true and correct copy of ECO Ocean Sidescan Survey of NGSS, March 20, 2022. This document was obtained from public records available online.

8. Attached hereto as Exhibit F is a true and correct copy of Environmental Organizations' Comments Concerning the Piney Point Conceptual Closure Plan and FDEP's Order OGC File No. 22-0468, April 21, 2022. This document was obtained from public records available online.

9. Attached hereto as Exhibit G is a true and correct copy of Piney Point Daily Update March 2022. This document was obtained from public records available online.

10. Attached hereto as Exhibit H is a true and correct copy of Piney Point Notification System, May 20, 2022. This document was obtained from public records available online.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated May 27, 2022.                                          /s/ Daniel C. Snyder

                                                             Daniel C. Snyder