IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TAMPA BAY WATERKEEPER, SUNCOAST WATERKEEPER, MANASOTA-88, *and* OUR CHILDREN'S EARTH FOUNDATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>SHAWN HAMILTON, *in his official capacity as* SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>and<br><br>HRK HOLDINGS, LLC,<br><br>*Defendants*. | Case No. 8:21-cv-1521-WFJ-CPT |

## HRK HOLDINGS, LLC'S NOTICE OF COMPLAINCE

PLEASE TAKE NOTICE that Defendant, HRK HOLDINGS, LLC by and through its undersigned counsel, hereby certifies that pursuant to the Court's May 15, 2023 ruling at the Status Conference for the Motion hearing held on (130) Motion to Compel Responses to Plaintiff's Discovery Request filed by Plaintiffs,

that Defendant has complied with Court's ruling and provided its Discovery Declaration, which were served to all other parties in this lawsuit.

DATED: May 31, 2023.

        Respectfully Submitted,

        /s/ *Jesse L. Ray, Esq.*
        Jesse L. Ray, Esquire
        jray@jesseleeray.com
        Florida Bar No.: 0919101
        JESSE LEE RAY ATTORNEY AT LAW, P.A.
        13014 N. Dale Mabry Hwy. #315
        Tampa, Florida 33618-2808
        Secondary: efile@jesseleeray.com
        Telephone: (813) 443-9701
        Facsimile: (866) 523-5468

        *Attorney for HRK Holding LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this May 31, 2023, that the foregoing document is being served this day on counsels for plaintiffs of record via electronic transmission.

*/s/ Jesse L. Ray, Esq*.