# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY, TAMPA BAY
WATERKEEPER, SUNCOAST
WATERKEEPER, MANASOTA-88, *and*
OUR CHILDREN'S EARTH
FOUNDATION,

     *Plaintiffs*,

     *v.*

SHAWN HAMILTON, *in his official
capacity as* SECRETARY, FLORIDA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

*and*

HRK HOLDINGS, LLC,

     *Defendants.*

Case No.  8:21-cv-1521

**NOTICE REGARDING
APPROPRIATIONS**

## <u>NOTICE REGARDING APPROPRIATIONS</u>

Pursuant to the Court's instructions at the status conference held on May 15, 2023, the Florida Department of Environmental Protection ("FDEP") respectfully submits this update regarding the status of appropriations and financing for the receivership.  The current status of appropriations and expenditures is as follows:

- In Fiscal Year 2021-22, the Legislature appropriated $100 million for "emergency response efforts and to expedite closure of the Piney Point facility." *See* Ch. 2021-36, § 152, at 450, Laws of Fla. (2021).

- This past legislative session, the Legislature passed a budget that appropriates an additional $85 million for "continued stabilization, water treatment, and closure at the former Piney Point facility." *See* Fla. S.B. 2500, § 234 (enrolled May 9, 2023).  The budget has not yet been sent to the Governor for signature.

- The receiver has reported expenditures, through April 30, 2023, totaling $46,969,222.79.  To date, total disbursements from the appropriated funds total $64,064,289.79.

Dated:  June 9, 2023

Respectfully submitted,

<u>s/ Jesse Panuccio</u>

Jesse Panuccio
Fla. Bar No. 31401
jpanuccio@bsfllp.com
Carl Goldfarb
Fla. Bar No. 125891
cgoldfarb@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200

Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Counsel for FDEP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ *Jesse Panuccio*

Jesse Panuccio